UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:25-CV-80318

BRYCE W. APGAR,

      Plaintiff,

v.

FAST MICRO SOLUTIONS INC. AND
RAYMOND ROSARIO,

      Defendants.
_____/

## NOTICE OF REMOVAL

Defendants, Fast Micro Solutions Inc. and Raymond Rosario, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and the Local Rules of the United States District Court for the Southern District of Florida, Miami Division, hereby remove this case, pending as Case No. 502025SC000928XXXAMB, in the County Court of the 15th Judicial Circuit in and for Palm Beach County, Florida, and as grounds for removal, state as follows:

1.    Plaintiff, Bryce W. Apgar, filed a lawsuit against Defendants, Fast Micro Solutions Inc. and Raymond Rosario on January 18, 2025. It is presently pending in the Small Claims Divisio of the County Court for the Fifteenth Judicial Circuit in and for Palm Beach County, Florida (the "State Court Action"), alleging the following causes of action:

    a.  Count I – Violation of Florida Statute Section 448.110 Against Defendants;
    b.  Count II – Breach of Contract Against Defendants; and
    c.  Count III – Violation of the Fair Labor Standards Act.

2.    Plaintiff has not yet served either Defendant with process in the State Court Action.

3.    The Complaint alleges that Plaintiff worked for Defendants an office manager from January 8 through February 2, 2024. Plaintiff further alleges that the following:

1

    a.     Defendants promised to pay him $19.50 per hour;

    b.     Plaintiff worked 50.43 hours between January 8-14, 2024;

    c.     Plaintiff worked 74.45 hours between January 15-21, 2024;

    d.     Plaintiff worked 43.45 hours between January 22-28, 2024;

    e.     Plaintiff was not paid for 168.33 hours of work totaling $3,282.50 in unpaid wages;

    f.     Plaintiff seeks unpaid wages and an equal amount of liquidated damages under Fla. Stat. §441.110(6)(c) in Count I;

    g.     Plaintiff seeks breach of contract damages in Count II; and

    h.     Plaintiff seeks unpaid overtime wages under the Fair Labor Standards Act, 28 U.S.C. §201 *et seq.* (the "FLSA").

4.    The Complaint alleges, *inter alia*, that Defendants failed to pay him the overtime wages required by the FLSA, for which he seeks the overtime wages allegedly due to him and an equal amount as liquidated damages. (¶¶30-36.)

5.    Defendants now remove this case based on federal question jurisdiction pursuant to 28 U.S.C. §§1331 and 1441.

6.    This Notice of Removal is timely and proper pursuant to 28 U.S.C. §1446.

**BASIS FOR REMOVAL: FEDERAL QUESTION JURISDICTION**

7.    Pursuant to 28 U.S.C. §1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

8.    Further, 28 U.S.C. §1331 provides that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

9.      This Court has original jurisdiction over Plaintiff's FLSA claim under 28 U.S.C.     §1331 because his FLSA overtime wage claim arises under federal law. *See* 28 U.S.C. §§1331, 1441(a).

10.     This Court has pendent/supplemental jurisdiction over Plaintiff's state-law claims for minimum wages purportedly owed under Fla. Stat. §448.110 and a contract pursuant to 28 U.S.C. §1367(a) because all claims in this action form part of the same case or controversy, and the Florida state-law claims may be removed in conjunction with Plaintiff's federal law claims under 28 U.S.C. §1441(c) and properly considered herein.

## DEFENDANTS COMPLIED WITH 28 U.S.C. §1446

11.     The State Court Action was commenced within the judicial district of the United States District Court for the Southern District of Florida, Miami Division.

12.     All pleadings in the State Court action are attached to this Notice of Removal as Exhibit "A," in compliance with 28 U.S.C. §1446(a).

13.     This Notice of Removal is being filed with this Court within 30 days after each of the foregoing named Defendant's receipt of the Summons and Complaint in the State Court Action, in compliance with 28 U.S.C. §1446(b).

14.     Promptly after filing this Notice of Removal, Defendants will give written notice of the filing of this Notice of Removal to the Plaintiff and will file a copy of the Notice of Removal with the Clerk of the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County as required by 28 U.S.C. §1446(d).

## CONCLUSION

WHEREFORE, Defendants Fast Micro Solutions Inc. and Raymond Rosario hereby notify that this cause has been removed from the County Court of the 15th Judicial Circuit in and for Palm Beach County, Florida, to the United States District Court for the Southern District of Florida, Miami Division, in accordance with the provisions of 28 U.S.C. §§1446

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

and the Local Rules of the United States District Court for the Southern District of Florida, Miami Division, and respectfully request that this Court exercise jurisdiction over the matters asserted herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served a copy of the foregoing NOTICE OF REMOVAL on this 6th day of March 2025, through filing in CM/ECF and by email on Gabriel Perez, Esq., LEGAL AID SOCIETY OF PALM BEACH COUNTY, INC., as *Counsel for Plaintiff*, gperez@legalaidpbc.org, 423 Fern St Suite 200, West Palm Beach, FL 33401.

Respectfully submitted,

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
305.230.4884
*Counsel for Defendants*

# "Exhibit A"

# "Exhibit A"

Case 9:25-cv-80318-XXXX   Document 1   Entered on FLSD Docket 03/06/2025   Page 6 of 58

**FORM 1.997.     CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

---

**I.     CASE STYLE**

IN THE CIRCUIT/COUNTY COURT OF THE <u>FIFTEENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>PALM BEACH</u>   COUNTY, FLORIDA

<u>Bryce Apgar</u>
Plaintiff                                                            Case # _____
                                                                     Judge _____

vs.

<u>Fast Micro Solutions Inc, Raymond Ryan Rosario</u>
 Defendant

---

**II.     AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☒  $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☐ over $100,000.00

**III.     TYPE OF CASE**     (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
       ☐ Business governance
       ☐ Business torts
       ☐ Environmental/Toxic tort
       ☐ Third party indemnification
       ☐ Construction defect
       ☐ Mass tort
       ☐ Negligent security
       ☐ Nursing home negligence
       ☐ Premises liability—commercial
       ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
       ☐ Commercial foreclosure
       ☐ Homestead residential foreclosure
       ☐ Non-homestead residential foreclosure
       ☐ Other real property actions

☐ Professional malpractice
       ☐ Malpractice—business
       ☐ Malpractice—medical
       ☐ Malpractice—other professional
☐ Other
       ☐ Antitrust/Trade regulation
       ☐ Business transactions
       ☐ Constitutional challenge—statute or ordinance
       ☐ Constitutional challenge—proposed amendment
       ☐ Corporate trusts
       ☐ Discrimination—employment or other
       ☐ Insurance claims
       ☐ Intellectual property
       ☐ Libel/Slander
       ☐ Shareholder derivative action
       ☐ Securities litigation
       ☐ Trade secrets
       ☐ Trust litigation

**COUNTY CIVIL**

☒ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
      ☐ Residential Evictions
      ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.    REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.    NUMBER OF CAUSES OF ACTION:** [    ]
(Specify)

   3

**VI.    IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.    IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☐ yes
    ☒ no

**IX.    DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
    ☐ yes
    ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Gabriel Eliu Perez      Fla. Bar # 1030186
      Attorney or party            (Bar # if attorney)

Gabriel Eliu Perez           01/18/2025
  (type or print name)         Date

- 3 -

IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

Case No. _____

Bryce W. Apgar,

      Plaintiff,

vs.

Fast Micro Solutions Inc and
Raymond Ryan Rosario,

      Defendants.

_____/

## STATEMENT OF CLAIM

Plaintiff Bryce W. Apgar sues Defendant Fast Micro Solutions Inc and Defendant Raymond Ryan Rosario to secure and vindicate rights afforded by the minimum wage provisions of the Florida Constitution and common law. As basis of this action, Plaintiff Apgar alleges:

## INTRODUCTION

1. This is an action for damages, the value of which do not exceed $8,000 exclusive of costs, interest, and attorneys' fees.

2. The Defendants failed to pay Plaintiff Apgar as required by the Florida Constitution by failing to pay wages due.

3. The Defendants breached their employment contracts with Plaintiff Apgar by failing to pay the wages promised.

4. Plaintiff Apgar seeks to recover his unpaid wages, actual, liquidated, and compensatory damages, and to the extent appropriate, pre and post judgment interest. Plaintiff Apgar also seeks a reasonable attorney's fee pursuant to Fla. Stat §448.08.

**JURISDICTION**

5. The Court has jurisdiction over this case pursuant to Fla. Stat. § 34.01(1) and Fla. Sm. Cl. R. 7.010.

**VENUE**

6. Venue is proper in Palm Beach County pursuant to Fla. Stat. § 47.011 and Fla. Sm. Cl. R. 7.060 because the cause of action arose in Palm Beach County, the Defendants continuously operated and conducted business within Palm Beach County, and payment was due in Palm Beach County.

**PARTIES**

7. Plaintiff Bryce W. Apgar ("Apgar") is a resident of Palm Beach County, Florida. Throughout the period in which he worked for the Defendants, Plaintiff Apgar was employed by an enterprise engaged in commerce, within the meaning of the Florida Minimum Wage Act, Fla. Stat. § 448.110.

8. Defendant Fast Micro Solutions Inc ("FMS") is a Florida Corporation. FMS operates in Palm Beach County, Florida and maintains its principal place of business at 1200 N. Federal Highway, Suite 200, Boca Raton, FL 33432. At all times relevant to this action, FMS employed Plaintiff Apgar within the meaning of Fla. Stat. §448.110.

9. Defendant Raymond Ryan Rosario ("Rosario") is a resident of Palm Beach County, Florida. Defendant Rosario continuously conducted business in Palm Beach County, Florida. At all times relevant to this action, Defendant Rosario employed Plaintiff Apgar within the meaning of Fla. Stat. §448.110.

## FACTUAL ALLEGATIONS

10. Since at least 2015, Defendant Rosario has owned and operated FMS in Palm Beach County, Florida.

11. Plaintiff Apgar began work as an Office Manager for the Defendants on or about January 8th, 2024. He was employed by the Defendants until on or about February 2, 2024. As part of the terms of his employment, Plaintiff Apgar was promised to be paid $19.50 per hour for every hour of compensable work.

12. During the pay period of 01/08/2024 through 01/14/2024, Plaintiff Apgar provided 50.43 decimal hours of labor for the Defendants. (*See Plaintiff's Collective Exhibit B*)

13. During the pay period of 01/15/2024 through 01/21/2024, Plaintiff Apgar provided 74.45 decimal hours of labor for the Defendants.

14. During the pay period of 01/22/2024 through 01/28/2024, Plaintiff Apgar provided 43.45 decimal hours of labor for the Defendants.

15. At the end of his employment with the Defendants, Plaintiff Apgar was not paid for 168.33 decimal hours of work totaling $3,282.50 in unpaid wages.

16. On 05/16/2024, Plaintiff Apgar sent certified demand letters to the Defendants' registered agent at 33 E Camino Real, Boca Raton, FL 33432, requesting payment of the sum of wages owed. (*See* Plaintiff's Collective Exhibit A, demand letters, certified mail receipts, and USPS proof of delivery.)

17. On 06/20/2024, Plaintiff sent a final demand letter via USPS First Class Mail to the Defendant's registered agent at 33 E Camino Real, Boca Raton, FL 33432, requesting payment of the sum of wages owed.

18. To date, the Defendants have failed to fully compensate or otherwise resolve the issue to the satisfaction of Plaintiff Apgar.

## COUNT I – VIOLATION OF FLORIDA STATUTE SECTION 448.110 AGAINST DEFENDANTS

19. Plaintiff Apgar brings this claim for the Defendants' violations of the minimum wage provision of the Florida Constitution, as implemented through the Florida Minimum Wage Act, Fla. Stat. §448.110.

20. The Defendants violated the minimum wage provisions of the Florida Constitution by failing to pay Plaintiff Apgar at least $12.00 for every compensable hour of labor performed during each workweek that he was employed by the Defendants.

21. Plaintiff Apgar hereby incorporates by reference all the allegations contained in paragraphs 11 through 17 as if fully stated here.

22. The minimum wage violations resulted from the Defendants' failure to compensate Plaintiff Apgar for 168.33 hours of work.

23. Plaintiff Apgar has performed all conditions precedent to filing this action under the Florida Minimum Wage Act in accordance with Fla. Stat. §448.110(6)(a), but the Defendants have failed to pay the total amount of unpaid wages or otherwise resolve the claims to the satisfaction of Plaintiff Apgar.

24. As a result of the Defendants' violations of the minimum wage provisions of the Florida Constitution as described above, Plaintiff Apgar is entitled to recover the amount of unpaid wages due to his and an equal amount as liquidated damages, pursuant to Fla. Stat. §448.110(6)(c).

## COUNT II – BREACH OF CONTRACT AGAINST DEFENDANTS

25. Plaintiff Apgar brings this claim for the Defendants' breach of contract.

26. Plaintiff Apgar and the Defendants entered into an agreement when Plaintiff Apgar was hired whereby Plaintiff Apgar agreed to work as an Office Manager for the Defendants and be compensated $19.50 an hour for every hour of compensable work.

27. Plaintiff Apgar relied on the Defendants' promise to be paid a wage equal to $19.00 per hour for every hour of compensable work.

28. Plaintiff Apgar hereby incorporates by reference all the allegations contained in paragraphs 11 through 17 as if fully stated here.

29. The Defendants breached their employment contract with Plaintiff Apgar by failing to pay the wage promised at the time of hire. As a result of the breach, Plaintiff Apgar has suffered damages.

## COUNT III – VIOLATION OF THE FAIR LABOR STANDARDS ACT

30. Plaintiff Apgar brings the claim for the Defendants' violations of the overtime provision of the Fair Labor Standards Act, 29 U.S.C. § 207.

31. The Defendants violated the Fair Labor Standards Act by failing to pay time and a half for every hour of compensable labor performed in excess of 40 hours in a work week while the Plaintiff was employed by the Defendants.

32. During the pay period of 01/08/2024 through 01/14/2024, in addition to providing Defendants with 40 hours of labor, Plaintiff Apgar provided an additional 10.43 decimal hours of labor, for a total of 50.43 decimal hours of work.

33. During the pay period of 01/15/2024 through 01/21/2024, in addition to providing Defendants with 40 hours of labor, Plaintiff Apgar provided an additional 34.45 decimal hours of labor, for a total of 74.45 decimal hours of work.

34. During the pay period of 01/22/2024 through 01/28/2024, in addition to providing Defendants with 40 hours of labor, Plaintiff Apgar provided an additional 3.45 decimal hours of labor, for a total of 43.45 decimal hours of work.

35. The overtime wage violations resulted from the Defendants failure to compensate the Plaintiff for overtime work completed between January 8, 2024, through January 28, 2024, for a total of 48.33 hours of overtime labor.

36. As a result of the Defendants' violations of the overtime wage provisions of the Fair Labor Standards Act as described above, the Plaintiff is entitled to recover the amount of unpaid overtime wages due to him and an equal amount as liquidated damages.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff Apgar demands judgment for damages against the Defendants and respectfully requests this honorable Court to enter an order:

A. Granting judgment in favor of Plaintiff Apgar and against the Defendants, jointly and severally, on the claim under the minimum wage provisions of the Florida Constitution as set forth in Count I and awarding the amount of unpaid minimum wages to Plaintiff Apgar in the amount of $1,440.00 plus an equal amount as liquidated damages, totaling $2,880.00;

B. Granting judgment in favor of Plaintiff Apgar and against the Defendants, jointly and severally, on the breach of contract claim as set forth in Count II and awarding the

amount of contractually unpaid wages to Plaintiff Apgar in the amount of $3,282.50 plus an equal amount as compensatory damages, totaling $6,565.00;

C.  Granting judgment in favor of the Plaintiff and against the Defendants on claims under the overtime provision of the Fair Labor Standards Act as set forth in Count III and awarding him the amount of his unpaid overtime wages in the amount of $1,413.75 and an equal amount as liquidated damages totaling $2,827.50;

D.  Awarding Plaintiff Apgar the costs of this action;

E.  Awarding Plaintiff Apgar service charges and interests;

F.  Awarding Plaintiff Apgar a reasonable attorney's fees; and

G.  Granting such further relief as this Court deems just and equitable.

Respectfully submitted, this the 18th day of January, 2025.

*/s/  Gabriel Perez, Esq.*
Gabriel Perez, Esq.
Bar No. 1030186
Legal Aid Society of Palm Beach County, Inc.
423 Fern Street, Suite 200
West Palm Beach, Florida 33401
561-822-9897
gperez@legalaidpbc.org

Attorney for Plaintiff Apgar

**Collective Exhibit A**



# Legal Aid Society of Palm Beach County, Inc.
### 423 Fern Street, Suite 200, West Palm Beach, FL  33401
Phone: (561) 655-8944 • Fax: (561) 655-5269 • Toll-Free 1-800-403-9353
### www.legalaidpbc.org

**Executive Director**
Robert A. Bertisch, Esq.

**Administrator**
Michael Spillane

**Director of Development**
Dana K. Brookes

**Board of Trustees Chairperson**
Robert M.W. Shalhoub, Esq.

**Board of Trustees**
David Ackerman, Esq.
Claire Arnold
F. Greg Barnhart, Esq.
Jeffrey A. Devore, Esq.
Mariano Garcia, Esq.
Garry Glickman, Esq.
Jane Kreusler-Walsh, Esq.
Richard Lubin, Esq.
Rafael J. Roca, Esq.
Granford W. Smith, Esq.
Gary Woodfield, Esq.

**Board of Directors President**
Michelle R. Suskauer, Esq.

**Immediate Past Pres.**
Miriam Acosta-Castriz, Esq.

**First Vice-President**
Lawrence P. Rochefort, Esq.

**Second Vice-President**
Robert H. Friedman, Esq.

**Secretary**
Scott C. Murray, Esq.

**Treasurer**
Jerald S. Beer, Esq.

**Board of Directors**
Leslie Artsis Adams
Daniel Armas, Esq.
Nelson E. Bárci, Esq.
Abigail Beebe, Esq.
Richard M. Benrubi, Esq.
Bridget A. Berry, Esq.
Robin Bresky, Esq.
Carla Tharp Brown
Alan M. Burger, Esq.
Vincent F. Cuomo
Amy Devore
Howard D. DuBosar, Esq.
Karin Engle
Dwinette J. Fremster, Esq.
Richard D. Greenfield
Jack P. Hill, Esq.
Denise Rappaport Isaacs, Esq.
Wilmar J. Jolmisfer, Esq.
W. Hampton Keen, Esq.
Tama B. Kudman, Esq.
Nancy Albano Lambrecht
Gary S. Lesser, Esq.
Daniel Lustig, Esq.
J. Grier Pressly, III, Esq.
Heather L. Ries, Esq.
Peter A. Sachs, Esq.
Matthew Sackel, Esq.
Robert M.W. Shalhoub, Esq.
Rebecca Mercier Vargas, Esq.
Matthew Zimmerman, Esq.

May 16, 2024

SENT VIA CERTIFIED MAIL RRR
Tracking No.: 7019 0160 0000 7823 5203
Fast Micro Solutions, Inc., c/o Raymond Rosario
33 E Camino Real, Boca Raton, FL 33432

SENT VIA CERTIFIED MAIL RRR
Tracking No.: 7019 0160 0000 7823 5197
Fast Micro Solutions, Inc., c/o Raymond Rosario
1200 N. Federal Highway, Suite 200, Boca Raton, FL 33432

**RE:   Bryce W. Apgar**

Dear Fast Micro Solutions, Inc. C/O Raymond Ryan Rosario,

Please be advised that the Legal Aid Society of Palm Beach County has been directed by Palm Beach County Resolution R-2012-1857 to investigate and resolve claims of unpaid or underpaid wages. To that effect, the Legal Aid Society represents the interest of Mr. Bryce W Apgar with respect to our client's claim for unpaid wages. **The purpose of this letter is to provide you with notice of Mr. Apgar's claims and attempt to timely resolve those claims prior to litigation.**

**NOTICE OF BREACH**

Mr. Apgar worked for you and your company from on or about January 08, 2024, to on or about February 02, 2024, as an office manager. At the time of hire, Mr. Apgar was promised an hourly wage of $19.50 an hour. However, by the end of his employment with you and your company, Mr. Apgar had not been compensated for any of the hours he had worked. During the pay period of 01/08/2024 through 01/14/2024, Mr. Apgar worked 63.44 decimal hours. During the pay period of 01/15/2024 through 01/21/2024, Mr. Apgar worked 74.44 decimal hours. During the pay period of 01/22/2024 through 01/28/2024, Mr. Apgar worked 51.78 decimal hours. During the pay period of 01/29/2024 through 02/04/2024, Mr. Apgar worked 30.17 decimal hours. As such, he is owed $4,965.87 in unpaid wages for 219.83 hours of unpaid work.

**NOTICE OF MINIMUM WAGE VIOLATION**

Additionally, this is a violation of the Florida Minimum Wage Act, Fla. Stat. 448.110, which requires employees to be compensated *at least* minimum wage for all hours worked. As such and pursuant to the Act, Mr. Apgar is owed at least $2,637.96 in unpaid





Children's Services Council       United Way Town of Palm Beach United Way       United Way United Way of Palm Beach County       Additional Funding Provided by Palm Beach County

minimum wages plus an equal and additional amount in liquidated damages, totaling $5,275.92, plus attorney's fees and costs.

### NOTICE OF OVERTIME VIOLATION

Additionally, pursuant to the Fair Labor Standards Act, 29 USC 201, *et seq*, overtime must be paid to an employee if work is performed in excess of 40 hours within a work week. As such, Mr. Apgar is owed time and a half for all hours worked in excess of 40 within the workweke. We estimate that he is owed $2,037.56 in unpaid overtime. Should this matter go to court, Mr. Apgar would seek an equal and additional amount in liquidated damages totaling $4,075.11, plus any attorney's fees and costs.

### RESOLUTION

At this time, we are seeking to recover only the amount of wages actually owed ($4,965.87). In an effort to resolve this dispute, we are able to offer pre-suit mediation as an option. **If you are interested in resolving this matter, free of charge, prior to any legal action, please mail us a check payable to Mr. Bryce W Apgar in the amount of $4,965.87.** The check should be mailed to our office at the address below. If you have any questions, please contact the undersigned attorney at gperez@legalaidpbc.org or at (561) 822-9897.

We sincerely hope that we are able to resolve this wage dispute before initiating any adversarial action. **However, if we do not hear from you within thirty (30) days of this letter, we will continue to pursue legal action to the extent permitted by law.** If this matter is not resolved, we will be seeking court costs, attorney fees, liquidated damages, and interest, pursuant to Fla. Stat. §448.08 and the Florida Minimum Wage Act.

### FINAL NOTES

Please do not contact or attempt to contact our client, directly or indirectly, regarding this matter. Instead, please direct all communication, either from you or any attorney acting on your behalf, to the undersigned attorney.

Please note that under Florida and Federal law, individuals and not just companies, may be held responsible for unpaid minimum wages owed as an "employer" of the employees. An "employer" is defined broadly as any person acting directly or indirectly in the interest of an employer in relation to an employee. Based on this definition, you may be individually liable to our client for unpaid wages.

The purpose of this letter is to provide you with notice of Mr. Apgar's claims and attempt to timely resolve those claims. If you have information that is contrary to or would refute their allegations as set forth herein, please advise us of your position. If we conclude that your position has merit, we will notify our client accordingly and take no further action.

Finally, please be advised that the law prohibits anyone from retaliating against current or former employees for seeking their lawfully due unpaid wages or participating in the investigation of such a claim. To the extent that anyone from your organization attempts to penalize, discipline,

threaten, discriminate against, or intimidate our client, we will pursue a claim for retaliation, including referral to the Palm Beach County State Attorney's Office for prosecution.

Sincerely,

*/S/Gabriel Pérez, Esq.*

Gabriel Pérez
Attorney at Law
Legal Aid Society of Palm Beach County, Inc.
423 Fern Street, Suite 200
West Palm Beach, FL 33401
gperez@legalaidpbc.org
(561) 822-9897

NOT A CERTIFIED COPY

Track USPS package

| 7019 0160 0000 7823 5203 | Track |

 USPS package #70190160000078235203
www.usps.com

## In transit

| Processed | In transit | Delivered |

| DATE | TIME | LOCATION | STATUS |
|---|---|---|---|
| Jun 3 | 3:24 PM | West Palm Beach, FL, United States | Forward expired |
| Jun 2 | 12:18 PM | West Palm Beach FL Distribution Center | Arrived at USPS regional facility |
| Jun 1 | 8:34 AM | Miami FL Distribution Center | Arrived at USPS regional facility |
| May 20 | 4:57 PM | Boca Raton, FL, United States | Rescheduled to next delivery day |
| May 17 | 9:43 PM | West Palm Beach FL Distribution Center | Arrived at USPS regional facility |

Data from usps.com

## Track USPS package

7019 0160 0000 7823 5197 **Track**

 USPS package #70190160000078235197
www.usps.com

## In transit

Processed — 🚚 In transit — Delivered

| DATE | TIME | LOCATION | STATUS |
|------|------|----------|--------|
| Jun 3 | 3:24 PM | West Palm Beach, FL, United States | Forward expired |
| Jun 2 | 12:18 PM | West Palm Beach FL Distribution Center | Arrived at USPS regional facility |
| Jun 1 | 8:30 AM | Miami FL Distribution Center | Arrived at USPS regional facility |
| May 20 | 1:19 PM | Boca Raton, FL, United States | Forward expired |
| May 17 | 9:43 PM | West Palm Beach FL Distribution Center | Arrived at USPS regional facility |



## Legal Aid Society of Palm Beach County, Inc.
*423 Fern Street, Suite 200, West Palm Beach, FL 33401*
Phone: (561) 655-8944 • Fax: (561) 655-5269 • Toll-Free 1-800-403-9353
*www.legalaidpbc.org*

**Executive Director**
Robert A. Bertisch, Esq.

**Administrator**
Michael Spillane

**Director of Development**
Dana K. Brookes

**Board of Trustees Chairperson**
Robert M.W. Shalhoub, Esq.

**Board of Trustees**
David Ackerman, Esq.
Claire Arnold
F. Greg Barnhart, Esq.
Jeffrey A. Devore, Esq.
Mariano Garcia, Esq.
Garry Glickman, Esq.
Jane Kreusler-Walsh, Esq.
Richard Lubin, Esq.
Rafael J. Roca, Esq.
Graeford W. Smith, Esq.
Gary Woodfield, Esq.

**Board of Directors President**
Michelle R. Suskauer, Esq.

**Immediate Past Pres.**
Miguel Acosta-Castriz, Esq.

**First Vice-President**
Lawrence P. Rochefort, Esq.

**Second Vice-President**
Scott H. Frydman, Esq.

**Secretary**
Scott C. Murray, Esq.

**Treasurer**
Donald S. Beer, Esq.

**Board of Directors**
Leslie Artsis Adams
Daniel Armas, Esq.
Nelson E. Báez, Esq.
Abigail Beebe, Esq.
Richard M. Benrubi, Esq.
Bridget A. Berry, Esq.
Robin Bresky, Esq.
Carla Tharp Brown
Alan M. Burger, Esq.
Vincent F. Cuomo
Amy Devore
Howard D. DuBosar, Esq.
Karis Engle
Dwinette J. Feemster, Esq.
Richard D. Greenfield
Jack P. Hill, Esq.
Denise Rappaport Isaacs, Esq.
Wilnar J. Julmiste, Esq.
W. Hampton Keen, Esq.
Tama B. Kudman, Esq.
Nancy Albano Lambrecht
Gary S. Lesser, Esq.
Daniel Lustig, Esq.
J. Grier Pressly, III, Esq.
Heather L. Ries, Esq.
Peter A. Sachs, Esq.
Matthew Sackel, Esq.
Robert M.W. Shalhoub, Esq.
Rebecca Mercier Vargas, Esq.
Matthew Zimmerman, Esq.

June 20, 2024

SENT VIA USPS FIRST CLASS MAIL
Fast Micro Solutions, Inc., c/o Raymond Rosario
33 E Camino Real, Boca Raton, FL 33432

SENT VIA USPS FIRST CLASS MAIL
Fast Micro Solutions, Inc., c/o Raymond Rosario
1200 N. Federal Highway, Suite 200, Boca Raton, FL 33432

**Final Letter Re: Bryce W Apgar**

Dear Fast Micro Solutions, Inc., c/o Raymond Ryan Rosario:

The Legal Aid Society represents the interests of Mr. Apgar and as such we have attempted to resolve an underpayment of wages issue with you. We sent a demand letter to you on 05/16/2024 and followed up with phone calls on the dates of 05/22/2024 and 06/10/2024. We have so far been unsuccessful in coming to a resolution with you.

We are prepared to file a lawsuit against you and your company. **We anticipate filing the lawsuit within two weeks from the date of this letter.** If you would like to discuss a resolution prior to the filing of the lawsuit, please contact me immediately.

Thank you for your attention to the matter.

Sincerely,

**/s/Gabriel Perez**

Gabriel Perez, Esq.
Attorney at Law
Legal Aid Society of Palm Beach County, Inc.
423 Fern Street, Suite 200
West Palm Beach, FL 33401
(561) 822-9897
gperez@legalaidpbc.org

  

**Collective Exhibit B**





NOT A CERTIFIED COPY









NOT A CERTIFIED COPY







IN THE CIRCUIT/COUNTY COURT OF THE __FIFTEENTH__ JUDICIAL CIRCUIT
IN AND FOR __PALM BEACH__ COUNTY, FLORIDA

Bryce W Apgar
_____
Plaintiff/Petitioner or In the Interest of

CASE NO._____

vs.

Fast Micro Solutions
_____
Defendant//Respondent

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

**Notice to Applicant:** If you qualify for civil indigence, the filing and summons fees are waived; other costs and fees are not waived.

1. **I have** _0_ **dependents.** *(Include only those persons you list on your U.S. Income tax return.)*
Are you Married?...Yes◯No◉Does your Spouse Work?.◯es◉No    Annual Spouse Income? $ _0.00_

2. **I have a net income of $**_0_ paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly (✓) other _____.
*(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, minus deductions required by law and other court-ordered payments such as child support.)*

3. **I have other income** paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly (✓) other _____.
*(Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")*

| | | | | |
|---|---|---|---|---|
| Second Job.................... | ◯Yes $ ____ | No◉ | Veterans' benefits.......... | ◯Yes $____ No◉ |
| Social Security benefits | | | Workers compensation... | ◯Yes $____ No◉ |
| For you................ | ◯Yes $____ | No◉ | Income from absent family members... | ◯Yes $____ No◉ |
| For child(ren)....... | ◯Yes $____ | No◉ | Stocks/bonds............. | ◯Yes $____ No◉ |
| Unemployment compensation .... | ◯Yes $____ | No◉ | Rental income.......... | ◯Yes $____ No◉ |
| Union payments............ | ◯Yes $____ | No◉ | Dividends or interest.. | ◯Yes $____ No◉ |
| Retirement/pensions...... | ◯Yes $____ | No◉ | Other kinds of income not on the list ... | ◯Yes $____ No◉ |
| Trusts.................... | ◯Yes $____ | No◉ | Gifts............ | ◉Yes $ 300 No◯ |

I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. **I have other assets:** *(Circle "yes" and fill in the value of the property, otherwise circle "No")*

| | | | | |
|---|---|---|---|---|
| Cash ......... | ◯Yes $____ | No◉ | Savings account............ | ◯Yes $____ No◉ |
| Bank account(s)........ | ◉Yes $270 | No◯ | Stocks/bonds............ | ◯Yes $____ No◉ |
| Certificates of deposit or | | | Homestead Real Property* ... | ◯Yes $____ No◉ |
| Money market accounts...... | ◯Yes $____ | No◉ | Motor Vehicle*.......... | ◉Yes $3500 No◯ |
| Boats* ......... | ◯Yes $____ | No◉ | Non-homestead real property/real estate* ... | ◯Yes $____ No◉ |
| | | | Other assets* | ◯Yes $____ No◉ |

Check one: I ◯DO◉ DO NOT expect to receive more assets in the near future. The asset is _____

5. **I have total liabilities and debts of $**_0_ as follows: Motor Vehicle $_0_, Home $_0_, Boat $_0_, Non-homestead Real Property $_0_, Child Support paid direct $_0_, Credit Cards $_0_, Medical Bills $_0_, Cost of medicines (monthly) $_0_, Other $_0_.

6. **I have a private lawyer in this case**.........◻Yes    ☑No

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. **I attest that the information I have provided on this application is true and accurate to the best of my knowledge.**

*DocuSigned by:*
Bryce W Apgar

Signed on _____
2003    2510
Year of Birth    Last 4 digits of Driver License or ID Number
Email address: apgarbryce@gmail.com

Signature of Applicant for Indigent Status
Print Full Legal Name Bryce W Apgar
Phone Number/s: (561) 657-1389

8364 Garden Gate Pl Boca Raton, FL 33433
Address: Street, City, State, Zip Code

This form was completed with the assistance of: _____
Clerk/Deputy Clerk/Other authorized person.

### CLERK'S DETERMINATION

Based on the information in this Application, I have determined the applicant to be ⊗Indigent◯ Not Indigent, according to s. 57.082, F.S.

Dated on __Jan 22 2025__, 20 ___.

JOSEPH ABRUZZO
Clerk of the Circuit Court
By __Nikto Maneaka__, Deputy Clerk

**APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS REVIEW.**
Sign here if you want the judge to review the clerk's decision _____

IN THE COUNTY COURT IN AND FOR PALM BEACH COUNTY, FLORIDA

UNIFORM CASE NO: 50-2025-SC-000928-XXXA-MB
DIVISION: WD: Main Branch Wage Dispute - WD  (Civil)

BRYCE W APGAR


PLAINTIFF(S)
          -VS-
FAST MICRO SOLUTIONS INC


DEFENDANT(S)

**NOTICE TO APPEAR
FOR PRE-TRIAL CONFERENCE/MEDIATION**

STATE OF FLORIDA - NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)

**FAST MICRO SOLUTIONS INC**


**1200 N. FEDERAL HIGHWAY
SUITE 200
BOCA RATON, FL   33432**

YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney at the Palm Beach County Courthouse in Courtroom 6M (Main Branch) MB, 205 N. Dixie Highway West Palm Beach FL 33401, on February 27, 2025 at 10:01 AM for a PRETRIAL CONFERENCE before a Judge of this court.

**IMPORTANT - READ CAREFULLY
THE CASE WILL NOT BE TRIED AT THAT TIME
DO NOT BRING WITNESSES - APPEAR IN PERSON OR BY ATTORNEY**

The defendant(s) must appear in court on the date specified in order to avoid a default judgment. The plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney in the PRETRIAL CONFERENCE. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

Any business entity recognized under Florida law may be represented at any stage of the trial court proceedings by any principal of the business entity who has legal authority to bind the business entity or any employee authorized in writing by a principal of the business entity. A principal is defined as being an officer, member, managing member, or partner of the business entity. Written authorization must be brought to the Pretrial Conference.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

Mediation may take place at the pretrial conference. Whoever appears for a party must have full authority to settle. Failure to have full authority to settle at this pretrial conference may result in the imposition of costs and attorney fees incurred by the opposing party.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and may withhold judgment or execution or levy.

**RIGHT TO VENUE. The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note is signed or where the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any one or more of the defendants sued reside; (6) any location agreed to in a contract; (7) in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.**

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's(s') attorney, if any.

If you are a self-represented litigant and do not have an attorney, you may register in service by email whereby all future correspondences, motions or orders of the Court pertaining exclusively to this matter will be served upon you at the email address you provide. For more information on Service by Email, see Administrative Order 2.310-1/18 available on the Fifteenth Judicial Circuit's website.

If you need help finding an attorney, you may contact your local Palm Beach County Bar's Lawyer Referral Service online at https://www.palmbeachbar.org/lawyer-referral-service/ or by calling 561-687-3266.

A copy of the statement of claim shall be served with this summons.

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE: You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above named person.

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact William Hutchings Jr., Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

DATED: 22nd of January, 2025



**JOSEPH ABRUZZO**
**Clerk of the Circuit Court & Comptroller**

By: *Niktos Mareska*
Mareska, Nikolitsa as Deputy Clerk

Cc:BRYCE W APGAR   423 FERN STREET
SUITE 200
WEST PALM BEACH, FL   33401

PEREZ, GABRIEL 423 FERN STREET SUITE 200 WEST PALM BEACH FL 33401

EN EL TRIBUNAL DEL CONDADO, EN Y DEL CONDADO DE PALM BEACH, FLORIDA

CAUSA NO: 50-2025-SC-000928-XXXA-MB
DIVISION: -WD: Main Branch Wage Dispute - WD (Civil)

BRYCE W APGAR

DEMANDANTE(S),

vs.

FAST MICRO SOLUTIONS INC

DEMANDADO(S)

### NOTICIA PARA COMPARECER
### A CONFERENCIA PREVIA AL JUICIO/MEDIACION

ESTADO DE LA FLORIDA - NOTIFICACIÓN A LOS DEMANDANTES Y A LOS DEMANDADOS

**FAST MICRO SOLUTIONS INC**

**1200 N. FEDERAL HIGHWAY
SUITE 200
BOCA RATON, FL 33432**

DIRECCION ADICIONAL:

SE LE AVISA POR ESTE MEDIO que usted deberá comparecer personalmente o representado por un abogado en la Sala 6M (Main Branch) MB, 205 N. Dixie Highway West Palm Beach FL 33401 del Tribunal del Condado de Palm Beach, el día February 27, 2025, a las 10:01 AM, para una CONFERENCIA PREVIA AL JUICIO.

### IMPORTANTE – LEA CUIDADOSAMENTE

**ESTE CASO NO SERA JUZGADO DURANTE LA CONFERENCIA PREVIA AL JUICIO, PERO PUEDE TRATAR DE RESOLVERSE POR MEDIO DE MEDIACION ESE DIA.**
**NO TRAIGA TESTIGOS. USTED TIENE QUE COMPARECER PERSONALMENTE O SER REPRESENTADO POR UN ABOGADO.**

El demandado(s) debe comparecer en el tribunal en la fecha concretada para evitar una sentencia por rebeldía. El demandante(s) debe comparecer para evitar que el caso se desestime por falta de acusación. Una PETICIÓN o CONTESTACIÓN por escrito para el Juez por parte del demandante(s) o el demandado(s) no eximirá a la parte ni a su abogado de comparecer en persona en la CONFERENCIA PREVIA AL JUICIO. La fecha y la hora de la conferencia previa al juicio NO se puede cambiar sin un motivo legítimo y previa aprobación del Juez.

Cualquier entidad comercial reconocida bajo la Ley de Florida puede ser representada en cualquier etapa de los actos procesales del Tribunal de Primera Instancia por cualquier poderdante de la entidad comercial que tenga la autoridad legal de obligar a la entidad comercial o cualquier trabajador autorizado por escrito, por un poderdante de la entidad comercial. Un poderdante se define como un agente, miembro, miembro gerente o socio de la entidad comercial. Se debe traer la autorización por escrito a la Conferencia Previa al Juicio.

El propósito de la conferencia previa al juicio es para hacer constar su comparecencia, para determinar si usted admite toda o parte de la demanda, para permitir que el Juez determine el índole del caso y para fijar el caso para juicio si el caso no se puede resolver en la conferencia previa al juicio. Usted y su abogado deberán estar preparados para consultar con el Juez y para explicar brevemente el índole de su disputa, indicar qué esfuerzos se han hecho para resolver la disputa, presentar los documentos necesarios para demostrar su caso, indicar los nombres y las direcciones de sus testigos, acordar los hechos que no han de ser demostrados y que facilite el juicio, y calcular cuánto tiempo durará el juicio en este caso.

FILED: PALM BEACH COUNTY, FL JOSEPH ABRUZZO, CLERK. 01/22/2025 09:03:53 AM

Puede que la mediación se celebre en la conferencia previa al juicio. Quien sea que comparezca en nombre de una parte debe tener plena autoridad para llegar a un acuerdo. La falta de tener plena autoridad para llegar a un acuerdo en esta conferencia previa al juicio puede resultar en la imposición de gastos y de honorarios asumidos por la parte contraria.

Si admiten a la demanda, pero desean tiempo adicional para pagar, deben venir y presentar las circunstancias ante su Juez. Puede que el Juez apruebe el plan de pagos, o puede que no y podría retener la sentencia o la ejecución o el gravamen.

DERECHO A JURISDICCIÓN. La ley le da a la persona o empresa que le haya demandado el derecho a entablar en cualquiera de los sitios en la lista a continuación. Sin embargo, si ha sido demandado en cualquier lugar aparte de uno de estos sitios, usted, como el demandado(s), tiene el derecho a pedir que el caso sea trasladado a un lugar o jurisdicción adecuado. Un lugar o jurisdicción adecuado puede ser uno de los siguientes: (1) El lugar donde se celebró el contrato; (2) Si la demanda se basa en una nota de pago sin garantía, donde se firmó la nota de pago o donde reside el deudor; (3) Si la demanda es para recuperar propiedad o para ejecutar un gravamen, el lugar donde se ubica la propiedad; (4) El lugar donde ocurrió el evento que causó la demanda; (5) donde resida/n uno o más de los demandado(s); (6) Cualquier lugar acordado en un contrato; (7) en una demanda por dinero debido, si no hay un acuerdo en cuanto a dnde puede ser entablada la demanda, donde haya de ser pagado.

Si usted/es, como el/los demandado(s), cree que el demandante/es no ha entablado la demanda en uno de estos lugares correctos, debe comparecer el día de su fecha de comparecencia y oralmente pedir un traslado, o debe presentar una petición de traslado POR ESCRITO en forma de affidavit (bajo juramento) 7 días antes de su primera fecha de comparecencia y mandar una copia al demandante(s) o al abogado(s) del demandante(s), si es que hay alguno.

Si usted es un litigante representandose a sí mismo y no tiene un abogado, se puede inscribir con la Secretaria del Tribunal para recibir aviso por email por medio del cual toda correspondencia futura, peticiones u órdenes judiciales exclusivamente relacionadas a esta causa se le notificarán al correo de email que usted proporcione. Para más información sobre la Notificación por Email, véase la Norma Administrativa No. 2,310-1/18, disponible en la página web del Decimoquinto Circuito Judicial.  Si necesita ayuda para encontrar a un abogado, puede ponerse en contacto con su servicio local de referencias de Abogados del Condado de Palm Beach por internet, en la página: https://www.palmbeachbar.org/lawyer-referral-service/, o llamando al 561-687-3266

Una copia del escrito de demanda se debe entregar con esta citación.

**"Si usted es una <u>persona con una discapacidad</u> que necesita alguna acomodación para poder participar en este proceso, usted tiene el derecho, sin costo alguno, a que le proporcionen cierta asistencia. Por favor, póngase en contacto con William Hutchings Jr., Americans with Disabilities Act Coordinator [Coordinadora de la Ley sobre Estadounidenses con Discapacidades], Palm Beach County Courthouse [Tribunal del Condado de Palm Beach], 205 North Dixie Highway, West Palm Beach, FL 33401; Número de teléfono (561) 355-4380, por lo menos (7) días laborales antes de su fecha de comparecencia u otra actividad judicial; o inmediatamente después de haber recibido esta notificación, si el tiempo antes de su fecha de comparecencia es de menos de (7) días laborales. Si usted tiene alguna discapacidad auditiva o del habla, llame al 711."**

FECHADO EN EL CONDADO DE PALM BEACH, FLORIDA, 22nd of January, 2025

JOSEPH ABRUZZO
Secretaria & Auditora

NAN TRIBINAL KI REGLE TI ZAFE NAN E  POU KOMIN PALM BEACH, FLORID

NIMERO KA: 50-2025-SC-000928-XXXA-MB-
DIVISYON: WD: Main Branch Wage Dispute - WD  (Civil)

BRYCE W APGAR

DEMANDAN,

v.

FAST MICRO SOLUTIONS INC

DAFANDAN.

### AVETISMAN  POU PRESANTE W
### POU YON KONFERANS /MEDIASYON AVAN JIJMAN

ETA FLORID LA - AVETISMAN POU DEMANDAN (YO) AVEK DEFANDAN (YO).

**FAST MICRO SOLUTIONS INC**

**1200 N. FEDERAL HIGHWAY**
**SUITE 200**
**BOCA RATON, FL   33432**

YO AVETI- W  KE OU DWE PARET AN PESONN OSWA PA YON AVOKA NAN TRIBINAL KOMINN
 PALM BEACH LA NAN SAL 6M (Main Branch) MB, 205 N. Dixie Highway West Palm Beach FL 33401, A
February 27, 2025, NAN 10:01 AM, POU YON KONFEARANS.

### INPÒTAN - LI AVEK ATENSYON.

**KA SAA PAP JIJE PANDAN KONFERANS AVAN JIJMAN AN, MEN NOU KA
ESEYE REZOUD KA A  NAN MEDIASYON JOU SA A.**

**PA MENEN TEMWEN OU  DWE PRESANTE TET OU OSWA YON AVOKA KAPAB
PARET POU OU.**

Moun ki defandè (yo) dwe konparèt pèsonèlman nan tribinal nan dat ki mansyone a pou evite yo fè jijman
padefo kont yo. Moun ki se pleyan yo dwe konparèt tou yon fason pou evite yo rejte plent yo a pou
absans pousuit. MOSYON oswa REPONS alekri pleyan oswa defandè (yo) ap depoze nan tribinal pa dwe
sèvi kòm eskiz pou pati konsène yo oswa avoka yo pa vini pèsonèlman nan SEYANS PRELIMINÈ k ap fèt
avan jijman an. Dat ak lè seyans preliminè a PA POSIB pou ranvwaye san motif valab ni san
apwobasyon davans tribinal la.

Kèlkeswa antite komèsyal ki legalman rekoni daprè lalwa Eta Florid gen dwa gen prensipal responsab
oswa reprezantan ofisyèl ki pou reprezante li kèlkeswa lè a nan tout etap pwosesis jidisyè a oswa nenpòt
anplwaye ki otorize ak mandate alekri pou reprezante li. Prensipal responsab vle di swa yon dirijan,
manb, manb dirijan, oswa asosye antrepriz komèsyal sa a. Ou dwe pote yon kopi otorizasyon alekri sa a
nan seyans preliminè a.

Objektif seyans preliminè a se pou anrejistre prezans ou, detèmine si ou admèt ak tout oswa ak yon pati
plent ki te fèt kont ou a, pou detèmine kalite ka a ak pou deside ki dat ka a prale nan jijman sizoka pa gen
mwayen jwenn solisyon pou rezoud sa a nan seyans preliminè a. Ni ou ni avoka a ta dwe prepare nou pou

reyini ak tribinal la, pou esplike rapidman sou ki bit nou kanpe, ki efò nou te eseye fè pou rezoud sa ak founi tout dokiman nesesè pou pwouve kòz n ap defann nan, bay non ak adrès tout moun k ap sèvi nou kòm temwen, etale lòt detay ki pa bezwen okenn prèv ki kab fè jijman an fèt pi vit, epi estime konbyen tan konsa jijman kab dire.

Gen dwa tou gen medyasyon ki fèt nan seyans preliminè avan jijman an. Kèlkeswa moun ki prezante nan non youn nan pati konsène yo dwe gen tout otorite pou negosye nan seyans preliminè sa a ki kapab lakoz pati advès la gen pou peye yon seri frè tribinal ak onorè avoka.

Si w asepte ak demand la men ou ta renmen jwenn plis tan pou jis ou fin peye, ou dwe vin pran lapawòl pou eksplike jij la sitiyasyon ki lakoz sa. Jij la gen dwa apwouve oswa pa apwouve yon plan pèyman epi li gen dwa swa kenbe jijman an sispann pou ou, swa bay lòd pou fè egzekite jijman an oswa pou fè prelèvman sou ou.

**DWA LOKAL. Lalwa bay moun oswa konpayi k ap pousuiv ou a dwa pou depoze plent li nan youn nan adrès ki site pi ba a. Men, si gen plent lajistis ki fèt kont ou yon lòt kote ki pa fè pati lis ki pi ba a, antanke defandè, ou gen dwa mande pou transfere plent sa yo sòti yon kote pou ale nan yon lye oswa lokal ki pi apwopriye. Lokal apwopriye k ap pi bon pou ou gen dwa se: (1) kote kontra te siyen an; (2) kote pwosè a ap fèt sou baz resi oswa biyè san garanti ki te bay, kote yo te siyen biyè a oswa adrès kote moun ki te fè biye a (yo) abite; (3) si pwosè a se pou rekouvre yon byen oswa sispann yon privilèj, kote byen an lokalize a; (4) kote evènman ki te lakoz jijman an te pase a; (5) kote youn oswa plizyè nan defandè yo asiyen yo abite; (6) nenpòt lye oswa kote pati konsène yo te antann yo nan kontra a; (7) nan yon aksyon lajistis pou remèt lajan, si pa t gen okenn akò sou ki kote pou ta fè pwosè, ki kote lajan an ta dwe peye.**

Si, antanke defandè, ou panse pleyan an (yo) pa fè asiyasyon li an nan youn nan kote sa yo, jan li ta dwe fè sa, ou dwe konparèt kan menm nan dat pou prezante nan tribinal la pou mande vèbalman pou yo transfere ka a pou ou, oubyen se pou w ranpli yon afidavi notarye (deklarasyon sou sèman) pou w fè demand fòmèl ou ALEKRI pou mande transfere ka a pou ou 7 jou avan premye dat w ap gen pou vin nan tribinal la, epi voye yon kopi bay pleyan oswa bay avoka pleyan an, si li genyen.

Si se ou menm k ap plede koz la pou tèt ou san avoka ki pou reprezante w, se pou w al nan biwo Grèf tribinal la pou enskri non ou ak bay adrès imèl ou nan sèvis kourye elektwonik la. Konsa, w ap kapab resevwa tout fiti korespondans, mosyon, oswa òdonans tribinal la ap bay ki gen rapò espesifik ak ka w la anpatikilye. Pou plis enfòmasyon konsènan sèvis kourye elektwonik la, gade nan Lòd Administratif 2.310-1/18 ki disponib sou sit entènèt Kenzyèm Sikui Jidisyè a.

Si w bezwen èd pou w jwenn yon avoka, ou mèt kontakte Sèvis Referans Anliy Bawo Avoka nan Rejyon Palm Beach nan: https://www.palmbeachbar.org/lawyer-referral-service/, oswa ou gen dwa rele nimewo 561-687-3266.

Dwe gen yon kopi deklarasyon plent sa a ki dwe tache ak konvokasyon sa a.

**"Si ou se yon moun ki enfim ki bezwen akomodasyon pou w kab patisipe nan pwosedi sa a, ou gen dwa, san ou pa bezwen peye okenn lajan, pou w jwenn yon sèten èd. Tanpri kontakte William Hutchings Jr., Kòdonatris pwogram Lwa Ameriken pou Moun ki Enfim yo nan Tribinal Rejyon Palm Beach ki nan adrès 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380, fè sa omwen 7 jou anvan dat ou gen randevou pou parèt nan Tribinal la, oswa fè sa imedyatman apre ou fin resevwa konvokasyon an si dat ou gen pou w parèt nan tribinal la mwens pase 7 jou; si ou gen pwoblèm pou w tande byen oswa pou w pale klè, rele 711."**

FILED: PALM BEACH COUNTY, FL JOSEPH ABRUZZO, CLERK. 01/22/2025 09:03:53 AM

IN THE COUNTY COURT IN AND FOR PALM BEACH COUNTY, FLORIDA

UNIFORM CASE NO: 50-2025-SC-000928-XXXA-MB
DIVISION: WD: Main Branch Wage Dispute - WD  (Civil)


BRYCE W APGAR


                    PLAINTIFF(S)
          -VS-
FAST MICRO SOLUTIONS INC


          DEFENDANT(S)

**NOTICE TO APPEAR
FOR PRE-TRIAL CONFERENCE/MEDIATION**

STATE OF FLORIDA - NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)

**RAYMOND RYAN ROSARIO**


**33 E CAMINO REAL
BOCA RATON, FL   33432**

YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney at the Palm Beach County Courthouse in Courtroom 6M (Main Branch) MB, 205 N. Dixie Highway West Palm Beach FL 33401, on February 27, 2025 at 10:01 AM for a PRETRIAL CONFERENCE before a Judge of this court.

**IMPORTANT - READ CAREFULLY
THE CASE WILL NOT BE TRIED AT THAT TIME
DO NOT BRING WITNESSES - APPEAR IN PERSON OR BY ATTORNEY**

The defendant(s) must appear in court on the date specified in order to avoid a default judgment. The plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney in the PRETRIAL CONFERENCE. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

Any business entity recognized under Florida law may be represented at any stage of the trial court proceedings by any principal of the business entity who has legal authority to bind the business entity or any employee authorized in writing by a principal of the business entity. A principal is defined as being an officer, member, managing member, or partner of the business entity. Written authorization must be brought to the Pretrial Conference.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

FILED: PALM BEACH COUNTY, FL JOSEPH ABRUZZO, CLERK. 01/22/2025 09:06:08 AM

Mediation may take place at the pretrial conference. Whoever appears for a party must have full authority to settle. Failure to have full authority to settle at this pretrial conference may result in the imposition of costs and attorney fees incurred by the opposing party.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and may withhold judgment or execution or levy.

**RIGHT TO VENUE. The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note is signed or where the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any one or more of the defendants sued reside; (6) any location agreed to in a contract; (7) in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.**

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's(s') attorney, if any.

If you are a self-represented litigant and do not have an attorney, you may register in service by email whereby all future correspondences, motions or orders of the Court pertaining exclusively to this matter will be served upon you at the email address you provide. For more information on Service by Email, see Administrative Order 2.310-1/18 available on the Fifteenth Judicial Circuit's website.

If you need help finding an attorney, you may contact your local Palm Beach County Bar's Lawyer Referral Service online at https://www.palmbeachbar.org/lawyer-referral-service/ or by calling 561-687-3266.

A copy of the statement of claim shall be served with this summons.

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:  You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above named person.

**"If you are a _person with a disability_ who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact William Hutchings Jr., Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

DATED: 22nd of January, 2025

**JOSEPH ABRUZZO**
**Clerk of the Circuit Court & Comptroller**

By: _Niktos Mareska_
Mareska, Nikolitsa as Deputy Clerk

Cc: BRYCE W APGAR   423 FERN STREET
SUITE 200
WEST PALM BEACH, FL   33401

PEREZ, GABRIEL 423 FERN STREET SUITE 200 WEST PALM BEACH FL 33401

FILED: PALM BEACH COUNTY, FL JOSEPH ABRUZZO, CLERK. 01/22/2025 09:06:08 AM

EN EL TRIBUNAL DEL CONDADO, EN Y  DEL CONDADO DE PALM BEACH, FLORIDA

CAUSA  NO: 50-2025-SC-000928-XXXA-MB
DIVISION: -WD: Main Branch Wage Dispute - WD  (Civil)

BRYCE W APGAR


DEMANDANTE(S),

vs.

FAST MICRO SOLUTIONS INC


DEMANDADO(S)

### NOTICIA PARA COMPARECER
### A CONFERENCIA PREVIA AL JUICIO/MEDIACION

ESTADO DE LA FLORIDA - NOTIFICACIÓN A LOS DEMANDANTES Y A LOS DEMANDADOS

**RAYMOND RYAN ROSARIO**


**33 E CAMINO REAL**
**BOCA RATON, FL   33432**

DIRECCION ADICIONAL:

SE LE AVISA POR ESTE MEDIO que usted deberá comparecer personalmente o representado por un abogado en la Sala 6M (Main Branch) MB, 205 N. Dixie Highway West Palm Beach FL 33401 del Tribunal del Condado de Palm Beach, el día February 27, 2025, a las 10:01 AM, para una CONFERENCIA PREVIA AL JUICIO.

### IMPORTANTE – LEA CUIDADOSAMENTE

**ESTE CASO NO SERA JUZGADO DURANTE LA CONFERENCIA PREVIA AL JUICIO, PERO PUEDE TRATAR DE RESOLVERSE POR MEDIO DE MEDIACION ESE DIA.**

**NO TRAIGA TESTIGOS.  USTED TIENE QUE COMPARECER PERSONALMENTE O SER REPRESENTADO POR UN ABOGADO.**

El demandado(s) debe comparecer en el tribunal en la fecha concretada para evitar una sentencia por rebeldía. El demandante(s) debe comparecer para evitar que el caso se desestime por falta de acusación. Una PETICIÓN o CONTESTACIÓN por escrito para el Juez por parte del demandante(s) o el demandado(s) no eximirá a la parte ni a su abogado de comparecer en persona en la CONFERENCIA PREVIA AL JUICIO. La fecha y la hora de la conferencia previa al juicio NO se puede cambiar sin un motivo legítimo y previa aprobación del Juez.

Cualquier entidad comercial reconocida bajo la Ley de Florida puede ser representada en cualquier etapa de los actos procesales del Tribunal de Primera Instancia por cualquier poderdante de la entidad comercial que tenga la autoridad legal de obligar a la entidad comercial o cualquier trabajador autorizado por escrito, por un poderdante de la entidad comercial. Un poderdante se define como un agente, miembro, miembro gerente o socio de la entidad comercial. Se debe traer la autorización por escrito a la Conferencia Previa al Juicio.

El propósito de la conferencia previa al juicio es para hacer constar su comparecencia, para determinar si usted admite toda o parte de la demanda, para permitir que el Juez determine el índole del caso y para fijar el caso para juicio si el caso no se puede resolver en la conferencia previa al juicio. Usted y su abogado deberán estar preparados para consultar con el Juez y para explicar brevemente el índole de su disputa, indicar qué esfuerzos se han hecho para resolver la disputa, presentar los documentos necesarios para demostrar su caso, indicar los nombres y las direcciones de sus testigos, acordar los hechos que no han de ser demostrados y que facilite el juicio, y calcular cuánto tiempo durará el juicio en este caso.

Puede que la mediación se celebre en la conferencia previa al juicio. Quien sea que comparezca en nombre de

FILED: PALM BEACH COUNTY, FL JOSEPH ABRUZZO, CLERK. 01/22/2025 09:06:08 AM

una parte debe tener plena autoridad para llegar a un acuerdo. La falta de tener plena autoridad para llegar a un acuerdo en esta conferencia previa al juicio puede resultar en la imposición de gastos y de honorarios asumidos por la parte contraria.

Si admiten a la demanda, pero desean tiempo adicional para pagar, deben venir y presentar las circunstancias ante el Juez. Puede que el Juez apruebe el plan de pagos, o puede que no y podría retener la sentencia o la ejecución o el gravamen.

DERECHO A JURISDICCIÓN. La ley le da a la persona o empresa que le haya demandado el derecho a entablar en cualquiera de los sitios en la lista a continuación. Sin embargo, si ha sido demandado en cualquier lugar aparte de uno de estos sitios, usted, como el demandado(s), tiene el derecho a pedir que el caso sea trasladado a un lugar o jurisdicción adecuado. Un lugar o jurisdicción adecuado puede ser uno de los siguientes: (1) El lugar donde se celebró el contrato; (2) Si la demanda se basa en una nota de pago sin garantía, donde se firmó la nota de pago o donde reside el deudor; (3) Si la demanda es para recuperar propiedad o para ejecutar un gravamen, el lugar donde se ubica la propiedad; (4) El lugar donde ocurrió el evento que causó la demanda; (5) donde resida/n uno o más de los demandado(s); (6) Cualquier lugar acordado en un contrato; (7) en una demanda por dinero debido, si no hay un acuerdo en cuanto a dnde puede ser entablada la demanda, donde haya de ser pagado.

Si usted/es, como el/los demandado(s), cree que el demandante/es no ha entablado la demanda en uno de estos lugares correctos, debe comparecer el día de su fecha de comparecencia y oralmente pedir un traslado, o debe presentar una petición de traslado POR ESCRITO en forma de affidavit (bajo juramento) 7 días antes de su primera fecha de comparecencia y mandar una copia al demandante(s) o al abogado(s) del demandante(s), si es que hay alguno.

Si usted es un litigante representandose a sí mismo y no tiene un abogado, se puede inscribir con la Secretaria del Tribunal para recibir aviso por email por medio del cual toda correspondencia futura, peticiones u órdenes judiciales exclusivamente relacionadas a esta causa se le notificarán al correo de email que usted proporcione. Para más información sobre la Notificación por Email, véase la Norma Administrativa No. 2,310-1/18, disponible en la página web del Decimoquinto Circuito Judicial.  Si necesita ayuda para encontrar a un abogado, puede ponerse en contacto con su servicio local de referencias de Abogados del Condado de Palm Beach por internet, en la página: https://www.palmbeachbar.org/lawyer-referral-service/, o llamando al 561-687-3266

Una copia del escrito de demanda se debe entregar con esta citación.

**"Si usted es una <u>persona con una discapacidad</u> que necesita alguna acomodación para poder participar en este proceso, usted tiene el derecho, sin costo alguno, a que le proporcionen cierta asistencia. Por favor, póngase en contacto con William Hutchings Jr., Americans with Disabilities Act Coordinator [Coordinadora de la Ley sobre Estadounidenses con Discapacidades], Palm Beach County Courthouse [Tribunal del Condado de Palm Beach], 205 North Dixie Highway, West Palm Beach, FL 33401; Número de teléfono (561) 355-4380, por lo menos (7) días laborales antes de su fecha de comparecencia u otra actividad judicial; o inmediatamente después de haber recibido esta notificación, si el tiempo antes de su fecha de comparecencia es de menos de (7) días laborales. Si usted tiene alguna discapacidad auditiva o del habla, llame al 711."**

FECHADO EN EL CONDADO DE PALM BEACH, FLORIDA, 22nd of January, 2025

JOSEPH ABRUZZO
Secretaria & Auditora

NAN TRIBINAL KI REGLE TI ZAFE NAN E  POU KOMIN PALM BEACH, FLORID

NIMERO KA: 50-2025-SC-000928-XXXA-MB-
DIVISYON: WD: Main Branch Wage Dispute - WD  (Civil)

BRYCE W APGAR

　　　　DEMANDAN,

　　　　v.

FAST MICRO SOLUTIONS INC

　　　　DAFANDAN.

### AVETISMAN  POU PRESANTE W
### POU YON KONFERANS /MEDIASYON AVAN JIJMAN

ETA FLORID LA - AVETISMAN POU DEMANDAN (YO) AVEK DEFANDAN (YO).

**RAYMOND RYAN ROSARIO**


**33 E CAMINO REAL**
**BOCA RATON, FL   33432**

YO AVETI- W  KE OU DWE PARET AN PESONN OSWA PA YON AVOKA NAN TRIBINAL KOMINN
 PALM BEACH LA NAN SAL 6M (Main Branch) MB, 205 N. Dixie Highway West Palm Beach FL 33401, A
February 27, 2025, NAN 10:01 AM, POU YON KONFEARANS.

### INPÓTAN - LI AVEK ATENSYON.

**KA SAA PAP JIJE PANDAN KONFERANS AVAN JIJMAN AN, MEN NOU KA
ESEYE REZOUD KA A  NAN MEDIASYON JOU SA A.**

**PA MENEN TEMWEN OU DWE PRESANTE TET OU OSWA YON AVOKA KAPAB
PARET POU OU.**

Moun ki defandè (yo) dwe konparèt pèsonèlman nan tribinal nan dat ki mansyone a pou evite yo fè jijman
padefo kont yo. Moun ki se pleyan yo dwe konparèt tou yon fason pou evite yo rejte plent yo a pou
absans poussuit. MOSYON oswa REPONS alekri pleyan oswa defandè (yo) ap depoze nan tribinal pa dwe
sèvi kòm eskiz pou pati konsène yo oswa avoka yo pa vini pèsonèlman nan SEYANS PRELIMINÈ k ap
fèt avan jijman an. Dat ak lè seyans preliminè a PA POSIB pou ranvwaye san motif valab ni san
apwobasyon davans tribinal la.

Kèlkeswa antite komèsyal ki legalman rekoni daprè lalwa Eta Florid gen dwa gen prensipal responsab
oswa reprezantan ofisyèl ki pou reprezante li kèlkeswa lè a nan tout etap pwosesis jidisyè a oswa nenpòt
anplwaye ki otorize ak mandate alekri pou reprezante li. Prensipal responsab vle di swa yon dirijan,
manb, manb dirijan, oswa asosye antepriz komèsyal sa a. Ou dwe pote yon kopi otorizasyon alekri sa a
nan seyans preliminè a.

Objektif seyans preliminè a se pou anrejistre prezans ou, detèmine si ou admèt ak tout oswa ak yon pati
plent ki te fèt kont ou a, pou detèmine kalite ka a ak pou deside ki dat ka a prale nan jijman sizoka pa gen
mwayen jwenn solisyon pou rezoud sa a nan seyans preliminè a. Ni ou ni avoka a ta dwe prepare nou pou
reyini ak tribinal la, pou esplike rapidman sou ki bit nou kanpe, ki efò nou te eseye fè pou rezoud sa ak

founi tout dokiman nesesè pou pwouve kòz n ap defann nan, bay non ak adrès tout moun k ap sèvi nou kòm temwen, etale lòt detay ki pa bezwen okenn prèv ki kab fè jijman an fèt pi vit, epi estime konbyen tan konsa jijman kab dire.

Gen dwa tou gen medyasyon ki fèt nan seyans preliminè avan jijman an. Kèlkeswa moun ki prezante nan non youn nan pati konsène yo dwe gen tout otorite pou negosye nan seyans preliminè sa a ki kapab lakoz pati advès la gen pou peye yon seri frè tribinal ak onorè avoka.

Si w asepte ak demand la men ou ta renmen jwenn plis tan pou jis ou fin peye, ou dwe vin pran lapawòl pou eksplike jij la sitiyasyon ki lakoz sa. Jij la gen dwa apwouve oswa pa apwouve yon plan pèyman epi li gen dwa swa kenbe jijman an sispann pou ou, swa bay lòd pou fè egzekite jijman an oswa pou fè prelèvman sou ou.

**DWA LOKAL. Lalwa bay moun oswa konpayi k ap pousuiv ou a dwa pou depoze plent li nan youn nan adrès ki site pi ba a. Men, si gen plent lajistis ki fèt kont ou yon lòt kote ki pa fè pati lis ki pi ba a, antanke defandè, ou gen dwa mande pou transfere plent sa yo sòti yon kote pou ale nan yon lye oswa lokal ki pi apwopriye. Lokal apwopriye k ap pi bon pou ou gen dwa se: (1) kote kontra te siyen an; (2) kote pwosè a ap fèt sou baz resi oswa biyè san garanti ki te bay, kote yo te siyen biyè a oswa adrès kote moun ki te fè biye a (yo) abite; (3) si pwosè a se pou rekouvre yon byen oswa sispann yon privilèj, kote byen an lokalize a; (4) kote evènman ki te lakoz jijman an te pase a; (5) kote youn oswa plizyè nan defandè yo asiyen yo abite; (6) nenpòt lye oswa kote pati konsène yo te antann yo nan kontra a; (7) nan yon aksyon lajistis pou remèt lajan, si pa t gen okenn akò sou ki kote pou ta fè pwosè, ki kote lajan an ta dwe peye.**

Si, antanke defandè, ou panse pleyan an (yo) pa fè asiyasyon li an nan youn nan kote sa yo, jan li ta dwe fè sa, ou dwe konparèt kan menm nan dat pou prezante nan tribinal la pou mande vèbalman pou yo transfere ka a pou ou, oubyen se pou w ranpli yon afidavi notarye (deklarasyon sou sèman) pou w fè demand fòmèl ou ALEKRI pou mande transfere ka a pou ou 7 jou avan premye dat w ap gen pou vin nan tribinal la, epi voye yon kopi bay pleyan oswa bay avoka pleyan an, si li genyen.

Si se ou menm k ap plede koz la pou tèt ou san avoka ki pou reprezante w, se pou w al nan biwo Grèf tribinal la pou enskri non ou ak bay adrès imèl ou nan sèvis kourye elektwonik la. Konsa, w ap kapab resevwa tout fiti korespondans, mosyon, oswa òdonans tribinal la ap bay ki gen rapò espesifik ak ka w la anpatikilye. Pou plis enfòmasyon konsènan sèvis kourye elektwonik la, gade nan Lòd Administratif 2.310-1/18 ki disponib sou sit entènèt Kenzyèm Sikui Jidisyè a.

Si w bezwen èd pou w jwenn yon avoka, ou mèt kontakte Sèvis Referans Anliy Bawo Avoka nan Rejyon Palm Beach nan: https://www.palmbeachbar.org/lawyer-referral-service/, oswa ou gen dwa rele nimewo 561-687-3266.

Dwe gen yon kopi deklarasyon plent sa a ki dwe tache ak konvokasyon sa a.

**"Si ou se yon moun ki enfim ki bezwen akomodasyon pou w kab patisipe nan pwosedi sa a, ou gen dwa, san ou pa bezwen peye okenn lajan, pou w jwenn yon sèten èd. Tanpri kontakte William Hutchings Jr., Kòdonatris pwogram Lwa Ameriken pou Moun ki Enfim yo nan Tribinal Rejyon Palm Beach ki nan adrès 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380, fè sa omwen 7 jou anvan dat ou gen randevou pou parèt nan Tribinal la, oswa fè sa imedyatman apre ou fin resevwa konvokasyon an si dat ou gen pou w parèt nan tribinal la mwens pase 7 jou; si ou gen pwoblèm pou w tande byen oswa pou w pale klè, rele 711."**

FILED: PALM BEACH COUNTY, FL JOSEPH ABRUZZO, CLERK. 01/22/2025 09:06:08 AM

## PALM BEACH COUNTY SHERIFF'S OFFICE ORIGINAL RETURN

**Served:** FAST MICRO SOLUTIONS INC

Court: County
Case No.: 502025SC000928XXXAMB
County: Palm Beach

**Address:**
1200 N FEDERAL HIGHWAY
SUITE 200
BOCA RATON, FL 33432

**Attorney:**
GABRIEL PEREZ, ESQ.
LEGAL AID SOCIETY OF PALM
BEACH COUNTY, INC.
423 FERN STREET
SUITE 200
WEST PALM BEACH, FL 33401

**Plaintiff:** BRYCE W APGAR

**Type Of Writ:**
NOTICE TO APPEAR FOR PRE-TRIAL
CONFERENCE/MEDIATION &
COPY & COPY OF STATEMENT
OF CLAIM

**Defendant:** FAST MICRO SOLUTIONS INC

Received this Writ on January 23, 2025 at 12:37 PM and was **unexecuted** on January 28, 2025, in Palm Beach County, Florida, a true copy of this Writ, endorsed thereon by me, Jamil Amar .

**Attempts:**
1/28/2025 @ 12:46 PM
RECEPTIONIST CIERA COOPER ADVISED THAT FAST MICRO SOLUTIONS INC. HAD MOVED OUT ON APRIL, 2024.
NO ADDITIONAL INFORMATION WAS FOUND TO CONTINUE. NO LEO TOOLS

By:
Jamil Amar   6367

NOT A CERTIFIED COPY

# PALM BEACH COUNTY SHERIFF'S OFFICE ORIGINAL RETURN

**Court:** County
**Case No.:** 502025SC000928XXXAMB
**County:** Palm Beach

**Serve Address**

RAYMOND RYAN RASARIO

33 E CAMINO REAL
BOCA RATON, FL 33432

GABRIEL PEREZ, ESQ.
LEGAL AID SOCIETY OF PALM
BEACH COUNTY, INC.
423 FERN STREET
SUITE 200
WEST PALM BEACH, FL 33401

**Attorney Type Of Writ**

NOTICE TO APPEAR FOR PRE-TRIAL
CONFERENCE/MEDIATION &
COPY & COPY OF STATEMENT
OF CLAIM

**Plaintiff**

BRYCE W APGAR

**Defendant**

FAST MICRO SOLUTIONS INC

Received this Writ on January 23, 2025 at 12:37 PM and was **unexecuted** on January 28, 2025, in Palm Beach County, Florida, a true copy of this Writ, endorsed thereon by me, Jamil Amar .

**Attempts:**
1/28/2025 @ 12:05 PM
PROPERTY MANAGER ▅▅▅▅▅▅▅ ADVISED THAT BRAYMOND ROSARIO WAS NOT A RESIDENT AT THIS LARGE COMPLEX. MORE INFORMATION IS REQUIRED TO CONTINUE. NO LEO TOOLS

By:
Jamil Amar   6367

NOT A CERTIFIED COPY

IN THE CIRCUIT/COUNTY COURT OF THE __FIFTEENTH__ JUDICIAL CIRCUIT
IN AND FOR __PALM BEACH__ COUNTY, FLORIDA

Bryce W Apgar
_____
Plaintiff/Petitioner or In the Interest of

CASE NO._____

vs.

__Fast Micro Solutions__
_____
Defendant//Respondent

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

**Notice to Applicant:** If you qualify for civil indigence, the filing and summons fees are waived; other costs and fees are not waived.

1. **I have** _0_ **dependents.** *(Include only those persons you list on your U.S. Income tax return.)*
Are you Married?...Yes◯No◉Does your Spouse Work?.◯es◉No    Annual Spouse Income?  $_0.00_

2. **I have a net income of $**_0_____ paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly (◉other _____.
*(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments,
minus deductions required by law and other court-ordered payments such as child support.)*

3. **I have other income paid** ( ) weekly ( ) every two weeks  ( ) semi-monthly ( ) monthly ( ) yearly (◉other _____.
*(Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")*

| | | | |
|---|---|---|---|
| Second Job..........................◯Yes $ _____ | No◉ Veterans' benefits........................◯Yes $ | No◉ |
| Social Security benefits | Workers compensation......................◯Yes $ | No◉ |
|   For you.........................◯Yes $ _____ | No◉ Income from absent family members....◯Yes $ | No◉ |
|   For child(ren)..................◯Yes $ _____ | No◉ Stocks/bonds................................◯Yes $ | No◉ |
| Unemployment compensation ....◯Yes $ _____ | No◉ Rental income................................◯Yes $ | No◉ |
| Union payments.....................◯Yes $ _____ | No◉ Dividends or interest.......................◯Yes $ | No◉ |
| Retirement/pensions...............◯Yes $ _____ | No◉ Other kinds of income not on the list ...◯Yes $ | No◉ |
| Trusts................................◯Yes $ _____ | No◉ Gifts..........................................◉Yes $ 300 | No◯ |

I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as
provided by law, although I may agree to pay more if I choose to do so.

4. **I have other assets:** *(Circle "yes" and fill in the value of the property, otherwise circle "No")*

| | | | |
|---|---|---|---|
| Cash ..........................................◯Yes $_____ | No◉Savings account..............................◯Yes $_____ | No◉ |
| Bank account(s)........................◉Yes $270 | No◯Stocks/bonds.................................◯Yes $_____ | No◉ |
| Certificates of deposit or | Homestead Real Property* ...................◯Yes $_____ | No◉ |
| Money market accounts..............◯Yes $_____ | No◉Motor Vehicle*...............................◉Yes $3500 | No◯ |
| Boats* ...............................◯Yes $_____ | No◉Non-homestead real property/real estate* ...◯Yes $_____ | No◉ |
| | Other assets*.................................◯Yes $_____ | No◉ |

Check one: I ◯DO◉ DO NOT expect to receive more assets in the near future.  The asset
is _____

5. **I have total liabilities and debts of $**_0_____ as follows:  Motor Vehicle $_0_____, Home $_0_____, Boat
$_0_____, Non-homestead Real Property $_0_____, Child Support paid direct $_0_____, Credit Cards
$_0_____, Medical Bills $_0_____, Cost of medicines (monthly) $_0_____, Other $_0_____.

6. **I have a private lawyer in this case**.........◻Yes    ☑No

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082,
F.S. commits a misdemeanor of the first degree, punishable as provided in s. 775.082, F.S. or s. 775.083, F.S. **I attest that the information I
have provided on this application is true and accurate to the best of my knowledge.**

DocuSigned by:
*Bryce W Apgar*

Signed on _____, _____.    61683492996FD4EE
2003                      2510                 Signature of Applicant for Indigent Status
Year of Birth     Last 4 digits of Driver License or ID Number    Print Full Legal Name _Bryce W Apgar_
Email address: _apgarbryce@gmail.com_         Phone Number/s: _(561) 657-1389_
8364 Garden Gate Pl Boca Raton, FL 33433
Address: Street, City, State, Zip Code

This form was completed with the assistance of: _____
Clerk/Deputy Clerk/Other authorized person.

---

### CLERK'S DETERMINATION

Based on the information in this Application, I have determined the applicant to be⊗Indigent ◯ Not Indigent, according to s. 57.082,
F.S.

Dated on ___Jan 22 2025___, 20 ___.    __JOSEPH ABRUZZO__
                                        Clerk of the Circuit Court
                                        By _Nikto Maniaka_____, Deputy Clerk

**APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS REVIEW.**
Sign here if you want the judge to review the clerk's decision _____

Case 9:25-cv-80318-XXXX   Document 1   Entered on FLSD Docket 03/06/2025   Page 42 of 58

IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA

Case No.: 50-2025-SC-000928-XXXX-MB

**BRYCE W. APGAR**

        Plaintiff,

vs.

**RAYMOND RYAN ROSARIO and
FAST MICRO SOLUTIONS, INC.**

        Defendants.

_____/

**NOTICE OF FILING**
**REQUEST FOR ALIAS NOTICE TO APPEAR FOR PRE-TRIAL**
**CONFERENCE/MEDIATION**

      The summonses which were issued on 01/22/2025 were not served. Therefore, the Plaintiff

is requesting alias summonses to be issued:


TO: RAYMOND RYAN ROSARIO
4255 NW 39TH PLACE, #23,
COCONUT CREEK, FL 33073.

TO: FAST MICRO SOLUTIONS, INC.
4255 NW 39TH PLACE, #23,
COCONUT CREEK, FL 33073.


      Respectfully submitted, this the 11th day of February, 2025.


            **/s/  Gabriel Perez, Esq.**
            Gabriel Perez, Esq.
            Bar No. 112034
            Legal Aid Society of Palm Beach County, Inc.
            423 Fern Street, Suite 200
            West Palm Beach, Florida 33401
            (561) 655-8944, Ext 155
            GPerez@legalaidpbc.org


            Attorney for the Plaintiff

## PALM BEACH COUNTY SHERIFF'S OFFICE ORIGINAL RETURN

**Court:** County
**Case No.:** 502025SC000928XXXAMB
**County:** Palm Beach

**Serve Address**

RAYMOND RYAN RASARIO

33 E CAMINO REAL
BOCA RATON, FL 33432

**Attorney**

GABRIEL PEREZ, ESQ.
LEGAL AID SOCIETY OF PALM
BEACH COUNTY, INC.
423 FERN STREET
SUITE 200
WEST PALM BEACH, FL 33401

**Plaintiff**

BRYCE W APGAR

**Type Of Writ**

NOTICE TO APPEAR FOR PRE-TRIAL
CONFERENCE/MEDIATION &
COPY & COPY OF STATEMENT
OF CLAIM

**Defendant**

FAST MICRO SOLUTIONS INC

Received this Writ on January 23, 2025 at 12:37 PM and was **unexecuted** on January 28, 2025, in Palm Beach County, Florida, a true copy of this Writ, endorsed thereon by me, Jamil Amar .

**Attempts:**
1/28/2025 @ 12:05 PM
PROPERTY MANAGER ███████████ ADVISED THAT BRAYMOND ROSARIO WAS NOT A RESIDENT AT THIS LARGE COMPLEX. MORE INFORMATION IS REQUIRED TO CONTINUE. NO LEO TOOLS

By:
Jamil Amar   6367

NOT A CERTIFIED COPY

# PALM BEACH COUNTY SHERIFF'S OFFICE ORIGINAL RETURN

**Court:** County
**Case No.:** 502025SC000928XXXAMB
**County:** Palm Beach

**S e r v e   A d d r e s s**

FAST MICRO SOLUTIONS INC

1200 N FEDERAL HIGHWAY
SUITE 200
BOCA RATON, FL 33432

**A t t o r n e y**

GABRIEL PEREZ, ESQ.
LEGAL AID SOCIETY OF PALM
BEACH COUNTY, INC.
423 FERN STREET
SUITE 200
WEST PALM BEACH, FL 33401

**P l a i n t i f f**

BRYCE W APGAR

**T y p e   O f   W r i t**

NOTICE TO APPEAR FOR PRE-TRIAL
CONFERENCE/MEDIATION &
COPY & COPY OF STATEMENT
OF CLAIM

**D e f e n d a n t**

FAST MICRO SOLUTIONS INC

Received this Writ on January 23, 2025 at 12:37 PM and was **unexecuted** on January 28, 2025, in Palm Beach County, Florida, a true copy of this Writ, endorsed thereon by me, Jamil Amar .

**Attempts:**
1/28/2025 @ 12:46 PM
RECEPTIONIST CIERA COOPER ADVISED THAT FAST MICRO SOLUTIONS INC. HAD MOVED OUT ON APRIL, 2024.
NO ADDITIONAL INFORMATION WAS FOUND TO CONTINUE. NO LEO TOOLS

By:
Jamil Amar   6367

NOT A CERTIFIED COPY

IN THE COUNTY COURT IN AND FOR PALM BEACH COUNTY, FLORIDA

UNIFORM CASE NO: 50-2025-SC-000928-XXXA-MB
DIVISION: WD: Main Branch Wage Dispute - WD  (Civil)

BRYCE W APGAR


                    PLAINTIFF(S)
          -VS-
FAST MICRO SOLUTIONS INC


        DEFENDANT(S)
                              **ALIAS**
                      **NOTICE TO APPEAR**
              **FOR PRE-TRIAL CONFERENCE/MEDIATION**

          STATE OF FLORIDA - NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)

**FAST MICRO SOLUTIONS INC**


**4255 NW 39TH PLACE #23**
**COCONUT CREEK, FL   33073**

YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney at the Palm Beach County Courthouse in Courtroom 6M (Main Branch) MB, 205 N. Dixie Highway West Palm Beach FL 33401, on March 20, 2025 at 10:01 AM for a PRETRIAL CONFERENCE before a Judge of this court.

                    **IMPORTANT - READ CAREFULLY**
              **THE CASE WILL NOT BE TRIED AT THAT TIME**
        **DO NOT BRING WITNESSES - APPEAR IN PERSON OR BY ATTORNEY**

The defendant(s) must appear in court on the date specified in order to avoid a default judgment. The plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney in the PRETRIAL CONFERENCE. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

Any business entity recognized under Florida law may be represented at any stage of the trial court proceedings by any principal of the business entity who has legal authority to bind the business entity or any employee authorized in writing by a principal of the business entity. A principal is defined as being an officer, member, managing member, or partner of the business entity. Written authorization must be brought to the Pretrial Conference.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

Mediation may take place at the pretrial conference. Whoever appears for a party must have full authority to settle. Failure to have full authority to settle at this pretrial conference may result in the imposition of costs and attorney fees incurred by the opposing party.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and may withhold judgment or execution or levy.

**RIGHT TO VENUE. The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note is signed or where the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any one or more of the defendants sued reside; (6) any location agreed to in a contract; (7) in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.**

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's(s') attorney, if any.

If you are a self-represented litigant and do not have an attorney, you may register in service by email whereby all future correspondences, motions or orders of the Court pertaining exclusively to this matter will be served upon you at the email address you provide. For more information on Service by Email, see Administrative Order 2.310-1/18 available on the Fifteenth Judicial Circuit's website.

If you need help finding an attorney, you may contact your local Palm Beach County Bar's Lawyer Referral Service online at https://www.palmbeachbar.org/lawyer-referral-service/ or by calling 561-687-3266.

A copy of the statement of claim shall be served with this summons.

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:  You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above named person.

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact William Hutchings Jr., Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

DATED: 13th of February, 2025

**JOSEPH ABRUZZO**

**Clerk of the Circuit Court & Comptroller**

By: *Lona Lormejuste*

Lormejuste, Lona as Deputy Clerk

FILED: PALM BEACH COUNTY, FL JOSEPH ABRUZZO, CLERK. 02/13/2025 09:12:47 AM

Cc:
BRYCE W APGAR   423 FERN STREET
                SUITE 200
                WEST PALM BEACH, FL   33401

PEREZ, GABRIEL 423 FERN STREET SUITE 200 WEST PALM BEACH FL 33401


NOT A CERTIFIED COPY

EN EL TRIBUNAL DEL CONDADO, EN Y DEL CONDADO DE PALM BEACH, FLORIDA

CAUSA NO: 50-2025-SC-000928-XXXA-MB
DIVISION: -WD: Main Branch Wage Dispute - WD (Civil)

BRYCE W APGAR

DEMANDANTE(S),

vs.
FAST MICRO SOLUTIONS INC

DEMANDADO(S)

### NOTICIA PARA COMPARECER
### A CONFERENCIA PREVIA AL JUICIO/MEDIACION

ESTADO DE LA FLORIDA - NOTIFICACIÓN A LOS DEMANDANTES Y A LOS DEMANDADOS

**FAST MICRO SOLUTIONS INC**

**4255 NW 39TH PLACE #23**
**COCONUT CREEK, FL 33073**

DIRECCION ADICIONAL:

SE LE AVISA POR ESTE MEDIO que usted deberá comparecer personalmente o representado por un abogado en la Sala 6M (Main Branch) MB, 205 N. Dixie Highway West Palm Beach FL 33401 del Tribunal del Condado de Palm Beach, el día March 20, 2025, a las 10:01 AM, para una CONFERENCIA PREVIA AL JUICIO.

### IMPORTANTE – LEA CUIDADOSAMENTE

**ESTE CASO NO SERA JUZGADO DURANTE LA CONFERENCIA PREVIA AL JUICIO, PERO PUEDE TRATAR DE RESOLVERSE POR MEDIO DE MEDIACION ESE DIA.**

**NO TRAIGA TESTIGOS. USTED TIENE QUE COMPARECER PERSONALMENTE O SER REPRESENTADO POR UN ABOGADO.**

El demandado(s) debe comparecer en el tribunal en la fecha concretada para evitar una sentencia por rebeldía. El demandante(s) debe comparecer para evitar que el caso se desestime por falta de acusación. Una PETICIÓN o CONTESTACIÓN por escrito para el Juez por parte del demandante(s) o el demandado(s) no eximirá a la parte ni a su abogado de comparecer en persona en la CONFERENCIA PREVIA AL JUICIO. La fecha y la hora de la conferencia previa al juicio NO se puede cambiar sin un motivo legítimo y previa aprobación del Juez.

Cualquier entidad comercial reconocida bajo la Ley de Florida puede ser representada en cualquier etapa de los actos procesales del Tribunal de Primera Instancia por cualquier poderdante de la entidad comercial que tenga la autoridad legal de obligar a la entidad comercial o cualquier trabajador autorizado por escrito, por un poderdante de la entidad comercial. Un poderdante se define como un agente, miembro, miembro gerente o socio de la entidad comercial. Se debe traer la autorización por escrito a la Conferencia Previa al Juicio.

El propósito de la conferencia previa al juicio es para hacer constar su comparecencia, para determinar si usted admite toda o parte de la demanda, para permitir que el Juez determine el índole del caso y para fijar el caso para juicio si el caso no se puede resolver en la conferencia previa al juicio. Usted y su abogado deberán estar preparados para consultar con el Juez y para explicar brevemente el índole de su disputa, indicar qué esfuerzos se han hecho para resolver la disputa, presentar los documentos necesarios para demostrar su caso, indicar los nombres y las direcciones de sus testigos, acordar los hechos que no han de ser demostrados y que facilite el juicio, y calcular cuánto tiempo durará el juicio en este caso.

Puede que la mediación se celebre en la conferencia previa al juicio. Quien sea que comparezca en nombre de

una parte debe tener plena autoridad para llegar a un acuerdo. La falta de tener plena autoridad para llegar a un acuerdo en esta conferencia previa al juicio puede resultar en la imposición de gastos y de honorarios asumidos por la parte contraria.

Si admiten a la demanda, pero desean tiempo adicional para pagar, deben venir y presentar las circunstancias ante el Juez. Puede que el Juez apruebe el plan de pagos, o puede que no y podría retener la sentencia o la ejecución o el gravamen.

DERECHO A JURISDICCIÓN. La ley le da a la persona o empresa que le haya demandado el derecho a entablar en cualquiera de los sitios en la lista a continuación. Sin embargo, si ha sido demandado en cualquier lugar aparte de uno de estos sitios, usted, como el demandado(s), tiene el derecho a pedir que el caso sea trasladado a un lugar o jurisdicción adecuado. Un lugar o jurisdicción adecuado puede ser uno de los siguientes: (1) El lugar donde se celebró el contrato; (2) Si la demanda se basa en una nota de pago sin garantía, donde se firmó la nota de pago o donde reside el deudor; (3) Si la demanda es para recuperar propiedad o para ejecutar un gravamen, el lugar donde se ubica la propiedad; (4) El lugar donde ocurrió el evento que causó la demanda; (5) donde resida/n uno o más de los demandado(s); (6) Cualquier lugar acordado en un contrato; (7) en una demanda por dinero debido, si no hay un acuerdo en cuanto a dnde puede ser entablada la demanda, donde haya de ser pagado.

Si usted/es, como el/los demandado(s), cree que el demandante/es no ha entablado la demanda en uno de estos lugares correctos, debe comparecer el día de su fecha de comparecencia y oralmente pedir un traslado, o debe presentar una petición de traslado POR ESCRITO en forma de affidavit (bajo juramento) 7 días antes de su primera fecha de comparecencia y mandar una copia al demandante(s) o al abogado(s) del demandante(s), si es que hay alguno.

Si usted es un litigante representandose a sí mismo y no tiene un abogado, se puede inscribir con la Secretaria del Tribunal para recibir aviso por email por medio del cual toda correspondencia futura, peticiones u órdenes judiciales exclusivamente relacionadas a esta causa se le notificarán al correo de email que usted proporcione. Para más información sobre la Notificación por Email, véase la Norma Administrativa No. 2,310-1/18, disponible en la página web del Decimoquinto Circuito Judicial. Si necesita ayuda para encontrar a un abogado, puede ponerse en contacto con su servicio local de referencias de Abogados del Condado de Palm Beach por internet, en la página: https://www.palmbeachbar.org/lawyer-referral-service/, o llamando al 561-687-3266

Una copia del escrito de demanda se debe entregar con esta citación.

**"Si usted es una <u>persona con una discapacidad</u> que necesita alguna acomodación para poder participar en este proceso, usted tiene el derecho, sin costo alguno, a que le proporcionen cierta asistencia. Por favor, póngase en contacto con William Hutchings Jr., Americans with Disabilities Act Coordinator [Coordinadora de la Ley sobre Estadounidenses con Discapacidades], Palm Beach County Courthouse [Tribunal del Condado de Palm Beach], 205 North Dixie Highway, West Palm Beach, FL 33401; Número de teléfono (561) 355-4380, por lo menos (7) días laborales antes de su fecha de comparecencia u otra actividad judicial; o inmediatamente después de haber recibido esta notificación, si el tiempo antes de su fecha de comparecencia es de menos de (7) días laborales. Si usted tiene alguna discapacidad auditiva o del habla, llame al 711."**

FECHADO EN EL CONDADO DE PALM BEACH, FLORIDA, 13th of February, 2025

JOSEPH ABRUZZO
Secretaria & Auditora

NAN TRIBINAL KI REGLE TI ZAFE NAN E  POU KOMIN PALM BEACH, FLORID

NIMERO KA: 50-2025-SC-000928-XXXA-MB-
DIVISYON: WD: Main Branch Wage Dispute - WD  (Civil)

BRYCE W APGAR

      DEMANDAN,

      v.

FAST MICRO SOLUTIONS INC

      DAFANDAN.

### AVETISMAN  POU PRESANTE W
### POU YON KONFERANS /MEDIASYON AVAN JIJMAN

ETA FLORID LA - AVETISMAN POU DEMANDAN (YO) AVEK DEFANDAN (YO).

**FAST MICRO SOLUTIONS INC**

**4255 NW 39TH PLACE #23**
**COCONUT CREEK, FL   33073**

YO AVETI- W  KE OU DWE PARET AN PESONN OSWA PA YON AVOKA NAN TRIBINAL KOMINN PALM BEACH LA NAN SAL 6M (Main Branch) MB, 205 N. Dixie Highway West Palm Beach FL 33401, A March 20, 2025, NAN 10:01 AM, POU YON KONFEARANS.

### INPÓTAN - LI AVEK ATENSYON.

**KA SAA PAP JIJE PANDAN KONFERANS AVAN JIJMAN AN, MEN NOU KA ESEYE REZOUD KA A  NAN MEDIASYON JOU SA A.**

**PA MENEN TEMWEN OU DWE PRESANTE TET OU OSWA YON AVOKA KAPAB PARET POU OU.**

Moun ki defandè (yo) dwe konparèt pèsonèlman nan tribinal nan dat ki mansyone a pou evite yo fè jijman padefo kont yo. Moun ki se pleyan yo dwe konparèt tou yon fason pou evite yo rejte plent yo a pou absans pousuit. MOSYON oswa REPONS alekri pleyan oswa defandè (yo) ap depoze nan tribinal pa dwe sèvi kòm eskiz pou pati konsène yo oswa avoka yo pa vini pèsonèlman nan SEYANS PRELIMINÈ k ap fèt avan jijman an. Dat ak lè seyans preliminè a PA POSIB pou ranvwaye san motif valab ni san apwobasyon davans tribinal la.

Kèlkeswa antite komèsyal ki legalman rekoni daprè lalwa Eta Florid gen dwa gen prensipal responsab oswa reprezantan ofisyèl ki pou reprezante li kèlkeswa lè a nan tout etap pwosesis jidisyè a oswa nenpòt anplwaye ki otorize ak mandate alekri pou reprezante li. Prensipal responsab vle di swa yon dirijan, manb, manb dirijan, oswa asosye antrepriz komèsyal sa a. Ou dwe pote yon kopi otorizasyon alekri sa a nan seyans preliminè a.

Objektif seyans preliminè a se pou anrejistre prezans ou, detèmine si ou admèt ak tout oswa ak yon pati plent ki te fèt kont ou a, pou detèmine kalite ka a ak pou deside ki dat ka a prale nan jijman sizoka pa gen mwayen jwenn solisyon pou rezoud sa a nan seyans preliminè a. Ni ou ni avoka a ta dwe prepare nou pou reyini ak tribinal la, pou esplike rapidman sou ki bit nou kanpe, ki efò nou te eseye fè pou rezoud sa ak

NOT A CERTIFIED COPY

founi tout dokiman nesesè pou pwouve kòz n ap defann nan, bay non ak adrès tout moun k ap sèvi nou kòm temwen, etale lòt detay ki pa bezwen okenn prèv ki kab fè jijman an fèt pi vit, epi estime konbyen tan konsa jijman kab dire.

Gen dwa tou gen medyasyon ki fèt nan seyans preliminè avan jijman an. Kèlkeswa moun ki prezante nan non youn nan pati konsène yo dwe gen tout otorite pou negosye nan seyans preliminè sa a ki kapab lakoz pati advès la gen pou peye yon seri frè tribinal ak onorè avoka.

Si w asepte ak demand la men ou ta renmen jwenn plis tan pou jis ou fin peye, ou dwe vin pran lapawòl pou eksplike jij la sitiyasyon ki lakoz sa. Jij la gen dwa apwouve oswa pa apwouve yon plan pèyman epi li gen dwa swa kenbe jijman an sispann pou ou, swa bay lòd pou fè egzekite jijman an oswa pou fè prelèvman sou ou.

**DWA LOKAL. Lalwa bay moun oswa konpayi k ap pousuiv ou a dwa pou depoze plent li nan youn nan adrès ki site pi ba a. Men, si gen plent lajistis ki fèt kont ou yon lòt kote ki pa fè pati lis ki pi ba a, antanke defandè, ou gen dwa mande pou transfere plent sa yo sòti yon kote pou ale nan yon lye oswa lokal ki pi apwopriye. Lokal apwopriye k ap pi bon pou ou gen dwa se: (1) kote kontra te siyen an; (2) kote pwosè a ap fèt sou baz resi oswa biyè san garanti ki te bay, kote yo te siyen biyè a oswa adrès kote moun ki te fè biye a (yo) abite; (3) si pwosè a se pou rekouvre yon byen oswa sispann yon privilèj, kote byen an lokalize a; (4) kote evènman ki te lakoz jijman an te pase a; (5) kote youn oswa plizyè nan defandè yo asiyen yo abite; (6) nenpòt lye oswa kote pati konsène yo te antann yo nan kontra a; (7) nan yon aksyon lajistis pou remèt lajan, si pa t gen okenn akò sou ki kote pou ta fè pwosè, ki kote lajan an ta dwe peye.**

Si, antanke defandè, ou panse pleyan an (yo) pa fè asiyasyon li an nan youn nan kote sa yo, jan li ta dwe fè sa, ou dwe konparèt kan menm nan dat pou prezante nan tribinal la pou mande vèbalman pou yo transfere ka a pou ou, oubyen se pou w ranpli yon afidavi notarye (deklarasyon sou sèman) pou w fè demand fòmèl ou ALEKRI pou mande transfere ka a pou ou 7 jou avan premye dat w ap gen pou vin nan tribinal la, epi voye yon kopi bay pleyan oswa bay avoka pleyan an, si li genyen.

Si se ou menm k ap plede koz la pou tèt ou san avoka ki pou reprezante w, se pou w al nan biwo Grèf tribinal la pou enskri non ou ak bay adrès imèl ou nan sèvis kourye elektwonik la. Konsa, w ap kapab resevwa tout fiti korespondans, mosyon, oswa òdonans tribinal la ap bay ki gen rapò espesifik ak ka w la anpatikilye. Pou plis enfòmasyon konsènan sèvis kourye elektwonik la, gade nan Lòd Administratif 2.310-1/18 ki disponib sou sit entènèt Kenzyèm Sikui Jidisyè a.

Si w bezwen èd pou w jwenn yon avoka, ou mèt kontakte Sèvis Referans Anliy Bawo Avoka nan Rejyon Palm Beach nan: https://www.palmbeachbar.org/lawyer-referral-service/, oswa ou gen dwa rele nimewo 561-687-3266.

Dwe gen yon kopi deklarasyon plent sa a ki dwe tache ak konvokasyon sa a.

**"Si ou se yon moun ki enfim ki bezwen akomodasyon pou w kab patisipe nan pwosedi sa a, ou gen dwa, san ou pa bezwen peye okenn lajan, pou w jwenn yon sèten èd. Tanpri kontakte William Hutchings Jr., Kòdonatris pwogram Lwa Ameriken pou Moun ki Enfim yo nan Tribinal Rejyon Palm Beach ki nan adrès 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380, fè sa omwen 7 jou anvan dat ou gen randevou pou parèt nan Tribinal la, oswa fè sa imedyatman apre ou fin resevwa konvokasyon an si dat ou gen pou w parèt nan tribinal la mwens pase 7 jou; si ou gen pwoblèm pou w tande byen oswa pou w pale klè, rele 711."**

FILED: PALM BEACH COUNTY, FL JOSEPH ABRUZZO, CLERK. 02/13/2025 09:12:47 AM

IN THE COUNTY COURT IN AND FOR PALM BEACH COUNTY, FLORIDA

UNIFORM CASE NO: 50-2025-SC-000928-XXXA-MB
DIVISION: WD: Main Branch Wage Dispute - WD  (Civil)

BRYCE W APGAR


                    PLAINTIFF(S)
          -VS-
FAST MICRO SOLUTIONS INC


          DEFENDANT(S)                    **ALIAS**
                              **NOTICE TO APPEAR**
                    **FOR PRE-TRIAL CONFERENCE/MEDIATION**

          STATE OF FLORIDA - NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)

**RAYMOND RYAN ROSARIO**


**4255 NW 39TH PLACE #23**
**COCONUT CREEK, FL   33073**

YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney at the Palm Beach County Courthouse in Courtroom 6M (Main Branch) MB, 205 N. Dixie Highway West Palm Beach FL 33401, on March 20, 2025 at 10:01 AM for a PRETRIAL CONFERENCE before a Judge of this court.

**IMPORTANT - READ CAREFULLY**
**THE CASE WILL NOT BE TRIED AT THAT TIME**
**DO NOT BRING WITNESSES - APPEAR IN PERSON OR BY ATTORNEY**

The defendant(s) must appear in court on the date specified in order to avoid a default judgment. The plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney in the PRETRIAL CONFERENCE. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

Any business entity recognized under Florida law may be represented at any stage of the trial court proceedings by any principal of the business entity who has legal authority to bind the business entity or any employee authorized in writing by a principal of the business entity. A principal is defined as being an officer, member, managing member, or partner of the business entity. Written authorization must be brought to the Pretrial Conference.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

FILED: PALM BEACH COUNTY, FL JOSEPH ABRUZZO, CLERK. 02/13/2025 09:16:21 AM

Mediation may take place at the pretrial conference. Whoever appears for a party must have full authority to settle. Failure to have full authority to settle at this pretrial conference may result in the imposition of costs and attorney fees incurred by the opposing party.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and may withhold judgment or execution or levy.

**RIGHT TO VENUE. The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note is signed or where the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any one or more of the defendants sued reside; (6) any location agreed to in a contract; (7) in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.**

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's(s') attorney, if any.

If you are a self-represented litigant and do not have an attorney, you may register with the Clerk of the Court to enroll in service by email whereby all future correspondences, motions or orders of the Court pertaining exclusively to this matter will be served upon you at the email address you provide. For more information on Service by Email, see Administrative Order 2.310-1/18 available on the Fifteenth Judicial Circuit's website.

If you need help finding an attorney, you may contact your local Palm Beach County Bar's Lawyer Referral Service online at https://www.palmbeachbar.org/lawyer-referral-service/ or by calling 561-687-3266.

A copy of the statement of claim shall be served with this summons.

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:  You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above named person.

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact William Hutchings Jr., Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

DATED: 13th of February, 2025

**JOSEPH ABRUZZO**

**Clerk of the Circuit Court & Comptroller**

By:

Lormejuste, Lona as Deputy Clerk

FILED: PALM BEACH COUNTY, FL JOSEPH ABRUZZO, CLERK. 02/13/2025 09:16:21 AM

Cc:
BRYCE W APGAR   423 FERN STREET
                SUITE 200
                WEST PALM BEACH, FL   33401

PEREZ, GABRIEL 423 FERN STREET SUITE 200 WEST PALM BEACH FL 33401



NOT A CERTIFIED COPY

EN EL TRIBUNAL DEL CONDADO, EN Y  DEL CONDADO DE PALM BEACH, FLORIDA

CAUSA  NO: 50-2025-SC-000928-XXXA-MB
DIVISION: -WD: Main Branch Wage Dispute - WD  (Civil)

BRYCE W APGAR


DEMANDANTE(S),

vs.

FAST MICRO SOLUTIONS INC


DEMANDADO(S)

### NOTICIA PARA COMPARECER
### A CONFERENCIA PREVIA AL JUICIO/MEDIACION

ESTADO DE LA FLORIDA - NOTIFICACIÓN A LOS DEMANDANTES Y A LOS DEMANDADOS

**RAYMOND RYAN ROSARIO**


**4255 NW 39TH PLACE #23
COCONUT CREEK, FL   33073**

DIRECCION ADICIONAL:

SE LE AVISA POR ESTE MEDIO que usted deberá comparecer personalmente o representado por un abogado en la Sala 6M (Main Branch) MB, 205 N. Dixie Highway West Palm Beach FL 33401 del Tribunal del Condado de Palm Beach, el día March 20, 2025, a las 10:01 AM, para una CONFERENCIA PREVIA AL JUICIO.

### IMPORTANTE – LEA CUIDADOSAMENTE

**ESTE CASO NO SERA JUZGADO DURANTE LA CONFERENCIA PREVIA AL JUICIO, PERO PUEDE TRATAR DE RESOLVERSE POR MEDIO DE MEDIACION ESE DIA.**

**NO TRAIGA TESTIGOS.  USTED TIENE QUE COMPARECER PERSONALMENTE O SER REPRESENTADO POR UN ABOGADO.**

El demandado(s) debe comparecer en el tribunal en la fecha concretada para evitar una sentencia por rebeldía. El demandante(s) debe comparecer para evitar que el caso se desestime por falta de acusación. Una PETICIÓN o CONTESTACIÓN por escrito para el Juez por parte del demandante(s) o el demandado(s) no eximirá a la parte ni a su abogado de comparecer en persona en la CONFERENCIA PREVIA AL JUICIO. La fecha y la hora de la conferencia previa al juicio NO se puede cambiar sin un motivo legítimo y previa aprobación del Juez.

Cualquier entidad comercial reconocida bajo la Ley de Florida puede ser representada en cualquier etapa de los actos procesales del Tribunal de Primera Instancia por cualquier poderdante de la entidad comercial que tenga la autoridad legal de obligar a la entidad comercial o cualquier trabajador autorizado por escrito, por un poderdante de la entidad comercial. Un poderdante se define como un agente, miembro, miembro gerente o socio de la entidad comercial. Se debe traer la autorización por escrito a la Conferencia Previa al Juicio.

El propósito de la conferencia previa al juicio es para hacer constar su comparecencia, para determinar si usted admite toda o parte de la demanda, para permitir que el Juez determine el índole del caso y para fijar el caso para juicio si el caso no se puede resolver en la conferencia previa al juicio. Usted y su abogado deberán estar preparados para consultar con el Juez y para explicar brevemente el índole de su disputa, indicar qué esfuerzos se han hecho para resolver la disputa, presentar los documentos necesarios para demostrar su caso, indicar los nombres y las direcciones de sus testigos, acordar los hechos que no han de ser demostrados y que facilite el juicio, y calcular cuánto tiempo durará el juicio en este caso.

Puede que la mediación se celebre en la conferencia previa al juicio. Quien sea que comparezca en nombre de

una parte debe tener plena autoridad para llegar a un acuerdo. La falta de tener plena autoridad para llegar a un acuerdo en esta conferencia previa al juicio puede resultar en la imposición de gastos y de honorarios asumidos por la parte contraria.

Si admiten a la demanda, pero desean tiempo adicional para pagar, deben venir y presentar las circunstancias ante el Juez. Puede que el Juez apruebe el plan de pagos, o puede que no y podría retener la sentencia o la ejecución o el gravamen.

DERECHO A JURISDICCIÓN. La ley le da a la persona o empresa que le haya demandado el derecho a entablar en cualquiera de los sitios en la lista a continuación. Sin embargo, si ha sido demandado en cualquier lugar aparte de uno de estos sitios, usted, como el demandado(s), tiene el derecho a pedir que el caso sea trasladado a un lugar o jurisdicción adecuado. Un lugar o jurisdicción adecuado puede ser uno de los siguientes: (1) El lugar donde se celebró el contrato; (2) Si la demanda se basa en una nota de pago sin garantía, donde se firmó la nota de pago o donde reside el deudor; (3) Si la demanda es para recuperar propiedad o para ejecutar un gravamen, el lugar donde se ubica la propiedad; (4) El lugar donde ocurrió el evento que causó la demanda; (5) donde resida/n uno o más de los demandado(s); (6) Cualquier lugar acordado en un contrato; (7) en una demanda por dinero debido, si no hay un acuerdo en cuanto a dnde puede ser entablada la demanda, donde haya de ser pagado.

Si usted/es, como el/los demandado(s), cree que el demandante/es no ha entablado la demanda en uno de estos lugares correctos, debe comparecer el día de su fecha de comparecencia y oralmente pedir un traslado, o debe presentar una petición de traslado POR ESCRITO en forma de affidavit (bajo juramento) 7 días antes de su primera fecha de comparecencia y mandar una copia al demandante(s) o al abogado(s) del demandante(s), si es que hay alguno.

Si usted es un litigante representandose a sí mismo y no tiene un abogado, se puede inscribir con la Secretaria del Tribunal para recibir aviso por email por medio del cual toda correspondencia futura, peticiones u órdenes judiciales exclusivamente relacionadas a esta causa se le notificarán al correo de email que usted proporcione. Para más información sobre la Notificación por Email, véase la Norma Administrativa No. 2,310-1/18, disponible en la página web del Decimoquinto Circuito Judicial.  Si necesita ayuda para encontrar a un abogado, puede ponerse en contacto con su servicio local de referencias de Abogados del Condado de Palm Beach por internet, en la página: https://www.palmbeachbar.org/lawyer-referral-service/, o llamando al 561-687-3266

Una copia del escrito de demanda se debe entregar con esta citación.

**"Si usted es una** <u>**persona con una discapacidad**</u> **que necesita alguna acomodación para poder participar en este proceso, usted tiene el derecho, sin costo alguno, a que le proporcionen cierta asistencia. Por favor, póngase en contacto con William Hutchings Jr., Americans with Disabilities Act Coordinator [Coordinadora de la Ley sobre Estadounidenses con Discapacidades], Palm Beach County Courthouse [Tribunal del Condado de Palm Beach], 205 North Dixie Highway, West Palm Beach, FL 33401; Número de teléfono (561) 355-4380, por lo menos (7) días laborales antes de su fecha de comparecencia u otra actividad judicial; o inmediatamente después de haber recibido esta notificación, si el tiempo antes de su fecha de comparecencia es de menos de (7) días laborales. Si usted tiene alguna discapacidad auditiva o del habla, llame al 711."**

FECHADO EN EL CONDADO DE PALM BEACH, FLORIDA, 13th of February, 2025

JOSEPH ABRUZZO
Secretaria & Auditora

NAN TRIBINAL KI REGLE TI ZAFE NAN E  POU KOMIN PALM BEACH, FLORID

NIMERO KA: 50-2025-SC-000928-XXXA-MB-
DIVISYON: WD: Main Branch Wage Dispute - WD  (Civil)

BRYCE W APGAR

DEMANDAN,

v.

FAST MICRO SOLUTIONS INC

DAFANDAN.

### AVETISMAN  POU PRESANTE W
### POU YON KONFERANS /MEDIASYON AVAN JIJMAN

ETA FLORID LA - AVETISMAN POU DEMANDAN (YO) AVEK DEFANDAN (YO).

**RAYMOND RYAN ROSARIO**

**4255 NW 39TH PLACE #23**
**COCONUT CREEK, FL   33073**

YO AVETI- W  KE OU DWE PARET AN PESONN OSWA PA YON AVOKA NAN TRIBINAL KOMINN  PALM BEACH LA NAN SAL 6M (Main Branch) MB, 205 N. Dixie Highway West Palm Beach FL 33401, A March 20, 2025, NAN 10:01 AM, POU YON KONFEARANS.

### INPÓTAN - LI AVEK ATENSYON.

**KA SAA PAP JIJE PANDAN KONFERANS AVAN JIJMAN AN, MEN NOU KA ESEYE REZOUD KA A  NAN MEDIASYON JOU SA A.**

**PA MENEN TEMWEN OU DWE PRESANTE TET OU OSWA YON AVOKA KAPAB PARET POU OU.**

Moun ki defandè (yo) dwe konparèt pèsonèlman nan tribinal nan dat ki mansyone a pou evite yo fè jijman padefo kont yo. Moun ki se pleyan yo dwe konparèt tou yon fason pou evite yo rejte plent yo a pou absans pousuit. MOSYON oswa REPONS alekri pleyan oswa defandè (yo) ap depoze nan tribinal pa dwe sèvi kòm eskiz pou pati konsène yo oswa avoka yo pa vini pèsonèlman nan SEYANS PRELIMINÈ k ap fèt avan jijman an. Dat ak lè seyans preliminè a PA POSIB pou ranvwaye san motif valab ni san apwobasyon davans tribinal la.

Kèlkeswa antite komèsyal ki legalman rekoni daprè lalwa Eta Florid gen dwa gen prensipal responsab oswa reprezantan ofisyèl ki pou reprezante li kèlkeswa lè a nan tout etap pwosesis jidisyè a oswa nenpòt anplwaye ki otorize ak mandate alekri pou reprezante li. Prensipal responsab vle di swa yon dirijan, manb, manb dirijan, oswa asosye antrepriz komèsyal sa a. Ou dwe pote yon kopi otorizasyon alekri sa a nan seyans preliminè a.

Objektif seyans preliminè a se pou anrejistre prezans ou, detèmine si ou admèt ak tout oswa ak yon pati plent ki te fèt kont ou a, pou detèmine kalite ka a ak pou deside ki dat ka a prale nan jijman sizoka pa gen mwayen jwenn solisyon pou rezoud sa a nan seyans preliminè a. Ni ou ni avoka a ta dwe prepare nou pou reyini ak tribinal la, pou esplike rapidman sou ki bit nou kanpe, ki efò nou te eseye fè pou rezoud sa ak

NOT A CERTIFIED COPY

founi tout dokiman nesesè pou pwouve kòz n ap defann nan, bay non ak adrès tout moun k ap sèvi nou kòm temwen, etale lòt detay ki pa bezwen okenn prèv ki kab fè jijman an fèt pi vit, epi estime konbyen tan konsa jijman kab dire.

Gen dwa tou gen medyasyon ki fèt nan seyans preliminè avan jijman an. Kèlkeswa moun ki prezante nan non youn nan pati konsène yo dwe gen tout otorite pou negosye nan seyans preliminè sa a ki kapab lakoz pati advès la gen pou peye yon seri frè tribinal ak onorè avoka.

Si w asepte ak demand la men ou ta renmen jwenn plis tan pou jis ou fin peye, ou dwe vin pran lapawòl pou eksplike jij la sitiyasyon ki lakoz sa. Jij la gen dwa apwouve oswa pa apwouve yon plan pèyman epi li gen dwa swa kenbe jijman an sispann pou ou, swa bay lòd pou fè egzekite jijman an oswa pou fè prelèvman sou ou.

**DWA LOKAL. Lalwa bay moun oswa konpayi k ap pousuiv ou a dwa pou depoze plent li nan youn nan adrès ki site pi ba a. Men, si gen plent lajistis ki fèt kont ou yon lòt kote ki pa fè pati lis ki pi ba a, antanke defandè, ou gen dwa mande pou transfere plent sa yo sòti yon kote pou ale nan yon lye oswa lokal ki pi apwopriye. Lokal apwopriye k ap pi bon pou ou gen dwa se: (1) kote kontra te siyen an; (2) kote pwosè a ap fèt sou baz resi oswa biyè san garanti ki te bay, kote yo te siyen biyè a oswa adrès kote moun ki te fè biye a (yo) abite; (3) si pwosè a se pou rekouvre yon byen oswa sispann yon privilèj, kote byen an lokalize a; (4) kote evènman ki te lakoz jijman an te pase a; (5) kote youn oswa plizyè nan defandè yo asiyen yo abite; (6) nenpòt lye oswa kote pati konsène yo te antann yo nan kontra a; (7) nan yon aksyon lajistis pou remèt lajan, si pa t gen okenn akò sou ki kote pou ta fè pwosè, ki kote lajan an ta dwe peye.**

Si, antanke defandè, ou panse pleyan an (yo) pa fè asiyasyon li an nan youn nan kote sa yo, jan li ta dwe fè sa, ou dwe konparèt kan menm nan dat pou prezante nan tribinal la pou mande vèbalman pou yo transfere ka a pou ou, oubyen se pou w ranpli yon afidavi notarye (deklarasyon sou sèman) pou w fè demand fòmèl ou ALEKRI pou mande transfere ka a pou ou 7 jou avan premye dat w ap gen pou vin nan tribinal la, epi voye yon kopi bay pleyan oswa bay avoka pleyan an, si li genyen.

Si se ou menm k ap plede koz la pou tèt ou san avoka ki pou reprezante w, se pou w al nan biwo Grèf tribinal la pou enskri non ou ak bay adrès imèl ou nan sèvis kourye elektwonik la. Konsa, w ap kapab resevwa tout fiti korespondans, mosyon, oswa òdonans tribinal la ap bay ki gen rapò espesifik ak ka w la anpatikilye. Pou plis enfòmasyon konsènan sèvis kourye elektwonik la, gade nan Lòd Administratif 2.310-1/18 ki disponib sou sit entènèt Kenzyèm Sikui Jidisyè a.

Si w bezwen èd pou w jwenn yon avoka, ou mèt kontakte Sèvis Referans Anliy Bawo Avoka nan Rejyon Palm Beach nan: https://www.palmbeachbar.org/lawyer-referral-service/, oswa ou gen dwa rele nimewo 561-687-3266.

Dwe gen yon kopi deklarasyon plent sa a ki dwe tache ak konvokasyon sa a.

**"Si ou se yon moun ki enfim ki bezwen akomodasyon pou w kab patisipe nan pwosedi sa a, ou gen dwa, san ou pa bezwen peye okenn lajan, pou w jwenn yon sèten èd. Tanpri kontakte William Hutchings Jr., Kòdonatris pwogram Lwa Ameriken pou Moun ki Enfim yo nan Tribinal Rejyon Palm Beach ki nan adrès 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380, fè sa omwen 7 jou anvan dat ou gen randevou pou parèt nan Tribinal la, oswa fè sa imedyatman apre ou fin resevwa konvokasyon an si dat ou gen pou w parèt nan tribinal la mwens pase 7 jou; si ou gen pwoblèm pou w tande byen oswa pou w pale klè, rele 711."**

FILED: PALM BEACH COUNTY, FL JOSEPH ABRUZZO, CLERK. 02/13/2025 09:16:21 AM