IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:25-cv-80318-DMM

**BRYCE W. APGAR,**

       Plaintiff,

vs.

**RAYMOND RYAN ROSARIO and
FAST MICRO SOLUTIONS, INC.**

       Defendants.

_____/

**NOTICE OF APPEARANCE**

To: Brian H. Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue,
Suite 770, Coral Gables, FL 33146

      COMES NOW Gabriel Perez, a member of the Florida Bar, and appears in this action as counsel of record for Plaintiff Bryce Apgar pursuant to Fed. R. Civ. P. 5(b)(2), hereby designate their primary and secondary e-mail addresses for service by electronic mail as follows:

Primary email address: gperez@legalaidpbc.org
Secondary email address: mjarrett@legalaidpbc.org

All documents required or permitted to be served upon Plaintiff Bryce Apgar in this action are to be served to the primary and secondary electronic mail addresses set forth above, consistent with Fed. R. Civ. P. 5(b)(2).

Respectfully submitted this 24th day of March 2025.

*/S/Gabriel Perez, Esq*.

Gabriel Perez
Attorney at Law

        Legal Aid Society of Palm Beach County, Inc.
        423 Fern Street, Suite 200
        West Palm Beach, FL 33401
        gperez@legalaidpbc.org
        (561) 822-9897

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has also been furnished by E-Mail to: Defendant Fast Micro Solutions Inc. and Defendant Raymond Rosario, c/o Brian H. Pollock, Esq. at Brian@fairlawattorney.com, this 19th day of March 2025.

        */s/ Gabriel Perez, Esq.*
        Gabriel Perez, Attorney
        LEGAL AID SOCIETY OF PALM
        BEACH COUNTY, INC.
        423 Fern Street - Suite 200
        West Palm Beach, Florida 33401
        (561) 655-8944
        GPerez@legalaidpbc.org