UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-80318-CV-MIDDLEBROOKS/MATTHEWMAN

BRYCE W. APGAR,

    Plaintiff,
v.

FAST MICRO SOLUTIONS INC. AND
RAYMOND ROSARIO,

    Defendants.
_____/

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS

Brian H. Pollock, Esq. and the FairLaw Firm request that the Court grant permission to withdraw as counsel for Defendants, Fast Micro Solutions Inc. and Raymond Rosario, based on the lack of opposition and the following good cause:

1. Irreconcilable differences have arisen between the law firm and the Defendants, which render the law firm unable to further represent the Defendants in this action.

2. FairLaw Firm thus requests that the Court enter an Order permitting it to withdraw as defense counsel, that it be relieved of any further responsibility in this action, and that Defendants be provided with 30 days to retain new counsel.

3. The undersigned conferred with counsel for the Plaintiff, who does not oppose the request by the undersigned to withdrawal as counsel in this case.

4. The undersigned will send a copy of this Motion, once filed, to the Defendants by email and U.S. Mail at the following addresses/email addresses:

    Raymond Rosario, CEO
    Fast Micro Solutions Inc.
    1200 N Federal Hwy., Ste. 200

      Boca Raton, FL 33432
      RaymondRosario@fastmicrosolution.com
      legal@fastmicrosolutions.onmicrosoft.com
      Olga.Saldana@fastmicrosolution.com

  WHEREFORE, Brian H. Pollock, Esq., of the FairLaw Firm, requests this Court to enter an Order granting him leave to withdraw as counsel for Defendants, Fast Micro Solutions Inc. and Raymond Rosario, and to relieve him and FairLaw Firm of all further responsibilities in this matter based on the good cause shown above and the lack of opposition and grant the Defendants 30 days to have new counsel appear on their behalf in this matter.

  Respectfully submitted this 24th day of June 2025.

                s/Brian H. Pollock, Esq.
                Brian H. Pollock, Esq. (174742)
                brian@fairlawattorney.com
                **FAIRLAW FIRM**
                135 San Lorenzo Avenue
                Suite 770
                Coral Gables, FL 33146
                305.230.4884
                *Counsel for Defendants*