UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80318-CV-MIDDLEBROOKS

BRYCE W. APGAR,

    Plaintiff,

v.

FAST MICRO SOLUTIONS INC. AND
RAYMOND ROSARIO,

    Defendants.

_____/

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

**THIS CAUSE** is before the Court on Brian H. Pollock, Esq.'s Motion to Withdraw as Counsel, filed on June 24, 2025. (DE 12). The Motion is unopposed. Mr. Pollock seeks to withdraw as counsel for Defendants, citing irreconcilable differences. (*Id.* ¶ 1). The Motion complies with Southern District of Florida Local Rule 11.1(d)(3), which requires notice to the client and opposing counsel, as well as a statement of the current mailing address of the client or remaining counsel. However, to avoid unnecessary delay, I decline to grant a full thirty days for Defendants to find new counsel. Being fully advised, it is hereby **ORDERED AND ADJUDGED** that:

1. The Motion to Withdraw as Counsel (DE 12) is **GRANTED IN PART**.

2. Attorney Brian H. Pollock of the FairLaw Firm is **TERMINATED** as counsel of record for Defendants, and shall have no further responsibility in this matter following his compliance with the instructions set forth in the below paragraphs. The Clerk of Court shall **TERMINATE** Mr. Pollock from receiving further notifications of filings in this matter through CM/ECF.

1

3. Defendants **SHALL HAVE 14 DAYS** from entry of this Order to secure new counsel. **No later than July 9, 2025,** Defendants' new counsel shall file a notice of appearance. By that date, Defendant Rosario may also file a notice of intent to proceed pro se. **Defendant Fast Micro Solutions, Inc. is advised that as an artificial entity, it may not proceed** *pro se.* See *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985).

4. Until new counsel is secured, Plaintiff **SHALL SERVE** all papers on Defendants at 1200 N Federal Hwy., Ste. 200, Boca Raton, FL 33432.

5. Attorney Pollock **SHALL SERVE** a copy of this Order on Defendants within **TWO DAYS** from the date of this Order and confirm Defendants' receipt thereof. Mr. Pollock is further **DIRECTED** to file a certificate of service indicating the date on which service was accomplished and the manner in which Defendants' receipt of this Order was confirmed.

6. **If Defendants' successor counsel does not promptly enter an appearance in accordance with this Order, or Defendant Rosario does not file a notice of intent to proceed pro se, Defendants are advised that they risk default. Attorney Pollock shall ensure Defendants are aware of the possible consequences of failing to comply with this Order.**

7. This Order shall not impact the current litigation schedule

**SIGNED** in Chambers at West Palm Beach, Florida, this 25th day of June, 2025.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

CC: Counsel of Record